In The General Court of Justice Superior Judicial Court Division
Missouri state, the Republic

Randolph Michael Rabbe & Lisa Ann Rabbe
c/o PO Box 681233
Riverside, MO near 64(64168)
Missouri state, the Republic

                        Plaintiff,

      vs.

                                                          Case #5:17-cv-06021-SRB
                                                       Amended Common Law Complaint

WELLS FARGO HOME MORTGAGE and
WELLS FARGO, N.A.
LATHROP & GAGE LLP.
MICHAEL J ABRAMS BAR#42196
Michael J Abrams
JEHAN KAMIL MOORE BAR#59431
Jehan Kamil Moore

                        Defendants.

---

# Affidavits

Comes Now, Randolph Michael Rabbe & Lisa Ann Rabbe, Plaintiff(s) herein, one of the Private Peoples in the Missouri Republic, one of The United States of America, a Union of republic Sworn under penalties of perjury, under The Laws of The United States of America and of the Missouri Republic, and states that Petitioner is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of petitioner's firsthand knowledge on Plaintiff(s) unlimited commercial Liability.

Now comes the plaintiff(s), in propria persona(s), and relying on the decisions in *Hains v. Kerner*, 404 U.S. 519, and *First National Bank of Montgomery v. Jerome Daly*, and show their Complaint against the defendants as follows:

JURISDICTION

1. FOR STATE COURTS (Jurisdiction in this action at law is based on the Constitution of the United States and in particular the 7th amendment as this is a suit at common law. Jurisdiction is further invoked under the Constitution of the state of Missouri and in particular by the …amendment which preserves the right to trial by jury in an action at law and jurisdiction is further invoked under 18 U.S.C. Sec. 1964.

2. FOR FEDERAL COURTS Use the following- (Jurisdiction is revoked under 28 U.S.C. Sec. 1332 and involves diversity of citizenship and more than $10,000 in controversy and jurisdiction is further invoked under 42 U.S.C. 1983 et seq. and 18 U.S.C. Sec. 1964 as well as the Constitution of the United States and in particular the 7th amendment as this is a "suit at common law." This Complaint is filed in propria persona(s) pursuant to Hains vs. Kerner, 404 U.S. 519), and *First National Bank of Montgomery v. Jerome Daly.*

PARTIES TO THE ACTION

3. The plaintiff in this action are citizens of the United States and residents of the state of Missouri. The plaintiff names and addresses are as follows: Randolph Michael Rabbe & Lisa Ann Rabbe, PO Box 681233, Riverside, Missouri.

The defendants in this Complaint are WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. whose business address is as follows: P.O. Box 10335, Des Moines, IA 50306 and 420 Montgomery Street, San Francisco, CA 94163 and John and Jane Does (1 through 25) whose names and addresses are unknown at this time.

FACTUAL BACKGROUND

4. On or about March 17, 2011, WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. through its loan officer did verbally represent to the plaintiff that it had approved

a loan to them for the sum of $216,331.00 in lawful money of the United States and at annual interest rate of 4.625%.

5. The WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. and its loan officer knew or should have known that the verbal statement that they would lend the plaintiff "lawful money of the United States" at an annual interest rate of 4.625% was a false representation that was made recklessly and with deliberate and intentional disregard for the rights for the plaintiff.

6. Relying on these false representations, the plaintiff was induced into signing a [mortgage note, deed of trust, note, security agreement etc.] on or about March 17, 2011. Since the date of the loan, the plaintiff have made payments of principal and interest totaling $458,031.46.

7. After the plaintiff had signed the [mortgage, deed of trust, note, etc.], WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. and its officer did fail to lend the plaintiff lawful money of the United States for the full value of the loan. For the actual lawful money which WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. risked for the loan, estimated to be no more than 5% of the loans face value, WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. did charge an interest rate that was 20 times greater than what was authorized in the contract, and did this deliberately to the detriment and damage of the plaintiff.

8. In carrying out their commitment to lend lawful money of the United States, WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. did write a check for the sum of $216,331.00. WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. in writing this check, did deliberately make a loan beyond its customers' deposits.

9. The check (or checks) which WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. and its officers wrote were not backed by or redeemable in Federal Reserve Notes, coins or lawful money of the United States for their full face value.

10. The WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. and its officers did use the U.S. Mails more than twice since the date of loan to collect money on this debt. Plaintiff did not become aware of the fraudulent activity of the defendants until on or around July 17, 2016.

11. The only consideration which WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. provided for this loan was a book entry demand deposit which WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. itself created effortlessly and at virtually no cost to itself. WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. in stamping its own check "Paid," did make a false representation as it merely transferred some book entries and never intended to redeem this check in lawful money of the United States.

12. I, Randolph Michael Rabbe and Lisa Ann Rabbe, never asked to have the case moved to federal court. The attorney is trying to violate our due process of law to a trial by jury.

13. See Exhibit A. Paid in full letter.

COUNT ONE

1. BREACH OF CONTRACT. The averments of the previously numbered paragraphs are restated by reference herein. The WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. and failed to lend the plaintiff lawful money of the United States and instead substituted a check with the intended purpose of circulating it as money.

COUNT TWO

1. FRAUD AND RACKETEERING. The averments of the previously numbered paragraphs are referred to by reference herein. WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. and all parties to the writing and processing of a check written by WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. on or about March 17, 2011. All these parties are in collusion in using the U.S. Mails and Wire Services to collect on this unlawful debt in violation of 18 U.S.C. 1341 (mail fraud) and 18 U.S.C. (wire fraud) and 18 U.S.C. 1962 in establishing a "pattern of racketeering activity" Plaintiff ask for triple damages for actual and compensatory damages sustained pursuant to 18 U.S.C. 1964 from each and every defendant on all counts.

COUNT THREE

1. USURY AND RACKETEERING. The averments of the previously numbered paragraphs are restated by reference herein. By virtue of WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. activities in creating an unlawful debt by passing a bad check, WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. has collected an annual interest rate estimated to be twenty times greater than the amount of interest the plaintiff agreed to in the note they signed. This violation of contract law and usury laws is due to the fact that the actual amount of lawful money risked by WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. in making the loan was less than 5% of the loan's face value.

COUNT FOUR

1. VIOLATIONS OF TRUTH IN LENDING LAW. WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. on the date of March 17, 2011 prepared the note and mortgage agreement in writing, but failed or refused to disclose material fact in either instrument. The material facts was that Plaintiff was the depositor and that the Defendant(s) risked none of their assets in the exchange, or any assets of other depositors. Defendant(s) violated 12 CFR 226.17 (c)(1) of the Truth Lending Law by failing or refusing to disclose this material fact.

RELIEF REQUESTED

1. The plaintiff ask the court to empanel a Grand Jury to investigate WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. for violations of Federal Antitrust laws and the Federal Racketeering laws including 18 U.S.C. 1341 (mail fraud) and 18 U.S.C. 1343 (wire fraud) and 18 U.S.C. 1962 (patterns of racketeering activity) and 18 U.S.C. 241 for conspiracy to violate the plaintiff and other citizens Constitutional rights.

2. Plaintiff ask for actual damages for the sum of $458,031.46 and compensatory damages to be determined as well as three times this amount in punitive damages against each defendant convicted on any count.

3. Plaintiff ask for a Evidentiary hearing and Demand a Trial by Jury to be comprised of 12 members to determine all issues of facts in dispute and to determine award all damages.

4. Plaintiff ask for a court order declaring the [mortgage, mortgage note, note, deed of trust, security agreement, etc.] to be null and void.

5. An injunction against the WELLS FARGO HOME MORTGAGE and WELLS FARGO, N.A. to divest themselves of any assets they have unlawfully gained and to return the same to the plaintiff and all other debtors or injured parties.

Dated this __30__, day of __March__, 201_7_ A.D.

_Randolph Michael Rabbe_  _Lisa Ann Rabbe_
Randolph Michael Rabbe & Lisa Ann Rabbe
c/o PO Box 681233
Riverside, Missouri near 64(64168)
Missouri state)
          ) ss
Platte County  )

I certify that on this __30th__ day of __March__, 201_7_ A.D., a Man and Woman who is known to me to be Randolph Michael Rabbe & Lisa Ann Rabbe, appeared to attest and a firm that He and She is the Man and Woman executing the forgoing Amended Common Law Complaint Affidavit.

I, THEREFORE, set my hand and seal in affirmation of the execution thereof.

_Trevor Smith_                    3-30-17
Notary Public                     Date:

3-6-2018
My Commission Expires      Seal:

TREVOR GUNTHER
Notary Public-Notary Seal
State of Missouri, Platte County
Commission # 14398195
My Commission Expires Mar 6, 2018



Return Mail Operations
PO Box 10368
Des Moines, IA 50306-0368

Exhibit A

September 19, 2016



003668 /Y/708

LISA A RABBE
RANDOLPH MICHAEL RABBE
3420 NW 62ND TER
KANSAS CITY MO 64151-2993



CONFIRMATION OF LOAN PAYOFF

| | | | |
|---|---|---|---|
| RE: Client | 708 | | |
| Loan Number | 0314003583 | | |
| Mortgagor(s) | Lisa A Rabbe<br>Randolph Michael Rabbe | FHA Sec/Case Number | 730 /291-445139 |
| Property Address | 5634- 40 N Anita Ave<br>Kansas City MO 64151 | | |

Congratulations! We're pleased to let you know that we have processed the funds required to pay off your loan in full. We've included important information about your loan payoff process below. Please be sure to review this information and contact us with any questions you may have.

If you're changing your address, please call us immediately at (866) 234-8271. It's very important that we have your correct mailing address in order to send documents, year-end tax information and any refunds which may be due.

If you are retaining ownership of this property, you are obligated to pay future tax and/or insurance premiums unless a new escrow account is established. Listed on the second page are the name, address and phone number of each taxing authority and insurance company you will need to contact for billing information.

We will notify the U.S. Department of Housing and Urban Development (HUD) that your loan is paid off. If you are entitled to a refund from HUD for your mortgage insurance, you may automatically receive a refund. If HUD requires additional information to process your refund, they will send a form to complete in 90-120 days. For more information, contact HUD at 1-800-697-6967 or www.hud.gov/offices/hsg/comp/refunds/fhafact.cfm.

We will mail loan satisfaction documents to you or your county recorder, according to state guidelines. Note: We cannot complete the payoff of this loan until all funds have cleared (are accepted).

After your loan has been paid in full, we'll release our lien(s) within the legally required timeframe. Additionally, in January 2017 we will mail you an annual tax and interest statement for IRS reporting purposes.

If you have any questions or need further assistance, please call us at (866) 234-8271. Monday through Friday, 6:00 am to 10:00 pm or Saturday 8:00 am - 2:00 pm Central Time.

Thank you for the opportunity to help with your mortgage needs. Whenever you're ready to purchase or refinance a home, we're here to help you every step of the way. If you are interested in learning about our other products and services, go to www.wellsfargo.com.

Wells Fargo Home Mortgage

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.

C935901 04WFG007792

| | | |
|---|---|---|
| PLATTE COUNTY (W)<br>PLATTE CITY    MO | TAX COLLECTOR<br>64079 | 415 THIRD ST #212<br>816-858-3360 |
| FARMERS INSURANCE<br>CAROL STREAM    IL | C/O CITIBANK LOCKBOX OPS<br>60132 | PO BOX 913 |

