*ATTACHMENT A (1)*

BK: R 7897
PG: 2694-2703
RECORDED:
01-25-2017
12:08:33 PM
BY: WILEY L COUSIN
DEPUTY-GB

2017004315
GUILFORD COUNTY, NC
JEFF L. THIGPEN
REGISTER OF DEEDS

NC FEE $28.00

**FOR OFFICIAL USE:**
Randolph Michael Rabbe
c/o P. O. Box 681233
Riverside, near 64[64168]
Missouri State
The United States of America, the Republic

*Pick up by: Ben Johnson*

---

### DECLARATION AND NOTICE OF RESCISSION OF ANY AND ALL REGISTRATIONS, PLEDGES, AND CONTRACTS, EXPLICIT OR IMPLIED, FOR FAILURE OF CONSIDERATION & NOTICE OF RECLAMATION OF ALL UNALIENABLE RIGHTS &

*Notice of Declaration of Independence &*

---

**NOTICE TO AGENTS IS NOTICE TO PRINCIPALS in their private capacity**
**NOTICE TO PRINCIPALS IS NOTICE TO AGENTS in their private capacity**
**Applicable to all Successors and Assigns**
*SILENCE IS ACQUIESCENCE*

---

From: Declarant herein:

Randolph Michael Rabbe, Free and Living Man
c/o P. O. Box 681233
Riverside, near 64[64168]
Missouri state
The United States of America, the Republic

To: Respondents herein:

Barack H. Obama and the Office of the President of the United States.
1600 Pennsylvania Avenue North West
Washington, D.C. 20500

Anthony Foxx and the Office of the Secretary of Transportation of the United States.
1200 New Jersey Avenue South East
Washington, D. C. 20590

Jack Lew and the Office of the Secretary of the Treasury of the United States.
1500 Pennsylvania Avenue North West
Washington, D.C. 20220

Penny Pritzker and the Office of the Secretary of Commerce of the United States.
U.S. Department of Commerce
1401 Constitution Avenue North West
Washington, D.C. 20230

John Koskinen and the Office of the Commissioner of the Internal Revenue Service.
1111 Constitution Avenue North West
Washington, D.C. 20224

John G. Roberts Jr. and the Office of the Chief Justice of the U.S. Supreme Court.
One First Street North East
Washington, D.C. 20543

John F. Kerry and the Office of the Secretary of State of the United States.
2201 C Street North West
Washington, D.C. 20520

Loretta Lynch and the Office of the acting Attorney General of the United States.
950 Pennsylvania Avenue North West
Washington, D.C. 20530

Kelly Thomasson and the Office of the Secretary of the Commonwealth of Missouri State.
P.O. Box 2454
Richmond, VA 23218

Jay Nixon and the Office of the Governor of Missouri State Commonwealth.
P.O. Box 720
Jefferson City, Mo 65102

Chris Koster and the Office of the Attorney General of Missouri State.
Supreme Court Building
207 W High Street
Jefferson City, Mo 65102

Chief Justice Patricia Breckenridge and the Office of the Chief Justice of the Supreme
Court of Missouri.
207 West High Street
Jefferson City, Mo 65101

Bill Thompson and the Office of the Executive Secretary Supreme Court of Missouri.
P.O. Box 150
Jefferson City, Missouri 65102

VERIFICATION

| County: | Platte | ) | |
| | | ) | *VERIFIED DECLARATION* |
| State: | Missouri | ) | |

*I, Randolph Michael Rabbe, Declarant herein, a free and lawful Man in the Missouri Republic, one of The United States of America, a Union of republic states, declare under penalties of perjury under the Laws of The United States of America and of Missouri state, the Republics, that Declarant is competent to be witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarants firsthand knowledge and belief.*

### THIS DECLARATION AND NOTICE OF RESCISSION OF ANY AND ALL REGISTRATIONS, PLEDGES, AND CONTRACTS, EXPLICIT OR IMPLIED, FOR FAILURE OF CONSIDERATION & NOTICE OF RECLAMATION OF ALL UNALIENABLE RIGHTS &

### *Notice of Declaration of Independence*

### *SUPERSEDES ALL SUCH PREVIOUS RECORDINGS.*

### *PURPOSE FOR THEIR DECLARATION*

The sole purpose for this Declaration is for Declarant to reclaim and have the ability to exercise his **unalienable constitutionally protected Rights** within the Republic states **and for no other purpose.**

### *NOTICE OF SEVERANCE and WAIVER, FORFEITURE, AND REJECTION OF ALL BENEFITS*

I, Randolph Michael Rabbe, the Declarant herein, freely give Respondents, in their private capacity, and as agents of the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the state of Missouri, **NOTICE OF SEVERANCE and WAIVER, FORFEITURE, CANCELLATION, AND REJECTION OF ANY AND ALL BENEFITS, INCLUDING BUT NOT LIMITED TO, ADMIRALTY AND LIMITED DEBT LIABILITY BENEFITS** from the United States and its instrumentalities, and NOTICE, that **any and all** hidden and invisible or adhesion contracts and/or commercial agreements, including **all pledges and registrations,** creating an attachment of an equity relationship between the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the corporate state of Missouri, and Randolph Michael Rabbe, and/or the juristic person, RANDOLPH MICHAEL RABBE, or any derivative name-forms or any idem sonans thereof, are hereby SEVERED, RESCINDED, DISSOLVED, CANCELED, AND TERMINATED **ab initio, from My birth-date, December 14th,1952 A. D., and nunc pro tunc, now for then, for mistake, non-disclosure, AND FAILURE OF CONSIDERATION.**

## NOTICE OF WITHDRAWAL OF SIGNATURES

I, Randolph Michael Rabbe, the Declarant herein, give Respondents, in their private capacity, and as agents of the corporate United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the corporate state of Missouri, NOTICE, that Declarant, **ab initio, withdraw His signatures** for **fraud, misrepresentation, non-disclosure, and failure of consideration,** from any and all instruments, including but not limited to, **all pledges and registrations,** which conveyed or purport to convey a power of attorney to the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the corporate State of Missouri, and their agents over the *res* of Declarant.

## NOTICE OF REFUSAL OF ANY AND ALL BENEFITS

I, Randolph Michael Rabbe, give Respondents, in their private capacity, and as agents of the corporate United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the corporate state of Missouri, NOTICE, that **any and all** benefits associated with such unrevealed contracts and/or commercial agreements, including **all pledges and registrations,** are being, in toto, severed, waived, rejected, declined, canceled, and forfeited, **for lack of consideration,** and that **no** benefits, including, but not limited to Admiralty and Limited Debt Liability Benefits, are being *voluntarily* accepted by Declarant, Randolph Michael Rabbe, and/or the juristic person, RANDOLPH MICHAEL RABBE, or any derivative name-forms or any idem sonans thereof.

## NOTICE OF OBJECTION TO 14TH AMENDMENT

I, Randolph Michael Rabbe, the Declarant herein, give Respondents, in their private capacity, and as agents of the corporate United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the corporate state of Missouri, NOTICE, that Randolph Michael Rabbe and/or the juristic person, RANDOLPH MICHAEL RABBE, or any derivative name-forms or any idem sonans thereof, **object to the 14th amendment** to the Constitution for The United States of America of 1789 A.D. as amended in 1791 A.D., **ab initio, from My birth-date, and nunc pro tunc, now for then.**

## NOTICE OF DECLARATION OF STATUS

I, Randolph Michael Rabbe, the Declarant herein, give Respondents, in their private capacity and as agents of the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the state of Missouri, NOTICE, that Randolph Michael Rabbe and/or the juristic person, RANDOLPH MICHAEL RABBE, or any derivative name-forms or any idem sonans thereof, have declared My/His status as a **non-juristic stranger to the public trust** that went into effect on July Twenty-Eighth, 1868 A. D. by the 14th amendment to the Constitution for The United States of America of 1789 A.D. as amended in 1791 A.D., and that I, the Declarant, have voluntarily severed, waived, rejected, forfeited, declined, canceled, and refused to *voluntarily* accept any and all enfranchisement benefits from the United States and its instrumentalities through unrevealed or adhesion contracts and or commercial agreements, including **all pledges and registrations.**

## NOTICE OF DECLARATION OF INDEPENDENCE

Respondents, **TAKE NOTICE:**

That I, Randolph Michael Rabbe, the Declarant herein, in the name of the Almighty Creator, by My Declaration of Independence, solemnly Publish and Declare My Political Choice, Will, and Intent **as a matter of Right.**

That, I, Randolph Michael Rabbe, the Declarant herein, under the Right protected by an Act of Congress, *15 United States Statutes at Large,* titled "*An Act concerning the Rights of American Citizens in foreign States*" passed on the Twenty-Seventh Day of July, 1868 A. D. by the Fortieth Congress, Sess. II. Ch. 249, pages 223 & 224, and under Decisions by the Judiciary, have a Right to expatriate from a jurisdiction foreign to My political, Will, Choice, and Intent. (See Exhibit A attached hereto and incorporated herein.)

That, I, Randolph Michael Rabbe, the Declarant herein, **ab initio, from My Birth-date, and Now for Then, do expatriate** absolute, **My** *res,* estates, and all **My** property in trust to the foreign jurisdiction known as the municipal corporation of the District of Columbia, a/k/a United States, a/k/a state of Missouri, a democracy and its laws and I explicitly refuse to be, and refuse to subject Myself to be, chattel property and citizen of the United States, a democracy.

That, I Randolph Michael Rabbe, the Declarant herein, have lawfully **returned** and **repatriated** firstly, as a Missouri state republic *Citizen/National, and secondly as an American Citizen/National* in the United States of America, the Republic, and under their Laws, *with all My estate and property, real and personal, tangible and intangible,* including **all pledges and registrations,** *and barring none,* formerly held in trust with the democracy known as the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the state of Missouri, for the general welfare and benefit of all "citizens of the United States" within the 14th amendment communal public trust that went into effect on July Twenty-Eighth, 1868 A. D.

That, I, Randolph Michael Rabbe, the Declarant, herein, state that such property includes, but is not limited to, **all pledges and registrations,** and all My real and personal property previously *transferred* in error, or by fraud, or otherwise, to the corporate United States and its instrumentalities, a/k/a the District of Columbia and/or the corporate state of Missouri, regardless of their location within the United States or other countries foreign to the United States and its territories. Such property **is separated from public domain by purchase,** are now declared **private property,** and are not, under the control of, or subject to the democracy known as the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the corporate state of Missouri.

That, I, Randolph Michael Rabbe, the Declarant herein, declare that I, as a private Missouri state Citizen/National, am not a party to the federal or state Constitutions.

That, I, Randolph Michael Rabbe, the Declarant herein, freely choose and pledge My allegiance firstly to the Missouri Republic and secondly to The United States of America, the Republic, and not to the municipal corporation commonly known as the United States, a/k/a the District of Columbia, and its instrumentalities a/k/a the corporate state of Missouri, a democracy.

That, I, Randolph Michael Rabbe, the Declarant herein, absolutely **refuse** to be in rebellion, and **do not and will not** commit treason, against the Missouri Republic and The United States of America, the Republic, and will not be found to knowingly, intentionally, and voluntarily support enemies of said Republics, and will not be found to be voting for Officers and Representatives of the de facto United States and its instrumentalities, a foreign corporation with respect to Missouri State, a republic.

## NOTICE OF SEVERANCE OF POLITICAL TIES

Respondents, **TAKE NOTICE:**

That, I, Randolph Michael Rabbe, the Declarant herein, freely state that any and all past and present political ties implied by operation of law or otherwise in trust with the democracy, a/k/a the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the state of Missouri, are hereby severed, rescinded, dissolved, canceled, and terminated, for **FRAUD AND FAILURE OF CONSIDERATION**, and all benefits, including but not limited to, benefits of enfranchisement from any country, including the corporate United States, a/k/a the District of Columbia, its agents, agencies, and instrumentalities, a/k/a the State of Missouri, are severed, forfeited, rejected, waived, declined, canceled, and not accepted, **ab initio**, from **My Birth-date and now for then.**

Respondents, **TAKE NOTICE:**

## NOTICE OF UNLIMITED RIGHT TO CONTRACT

That, I, Randolph Michael Rabbe, the Declarant herein, have full power to contract and establish commerce as guaranteed by the Missouri Republic Constitution and the Article therein known as the **Bill of Rights**, as well as the Declaration of Independence of July Fourth, 1776 A. D.

I, Randolph Michael Rabbe, the Declarant herein, give Respondents, in their private capacity, and as agents of the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the state of Missouri, NOTICE, that the benefits from the unrevealed or invisible contracts and/or commercial agreements referred to above include, but are not limited to, the following: *The past Use of:*

*Social Security Number,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, The U.S. Postal Service; Federal Reserve Notes; Bank Accounts; Bank Loans, Mortgage Loans, Credit cards and other Loans or credit instruments; All Licenses, including but not limited to Driver's Licenses; Professional Licenses; Marriage licenses; all pledges and registrations, A State's registration of motor vehicles or associated conveyances; A State's registration of other conveyances, including but not limited to aircraft, motor-boats, or any and all other similar conveyances; A State's certificate of title to any motor vehicle, motor boat, aircraft, or similar conveyances; A State's registration number on motor vehicles, motor-boats, aircrafts, or any associated conveyances; A State's license plates on cars; Public Schools; Two-letter State abbreviations and federal postal "zip" codes; Birth Certificates or Certificates of Live Birth, Passports issued by the U.S. Secretary of State; Internal Revenue Services or any issuances from the Commissioner of Internal Revenue; Voter registrations; U.S. citizenship or any other variation thereof; U.S. "green card" for residency or any other variation*

*thereof; Medicaid benefits; Medicare benefits, other Social Security benefits in any respect, including, but not limited to, disability benefits; and any and all other unrevealed benefits, barring none.*

## NOTICE OF RESERVATION OF UNALIENABLE RIGHTS AB INITIO

I, Randolph Michael Rabbe, the Declarant herein, give Respondents, in their private capacity, and as agents of the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the state of Missouri, **NOTICE** that, I, Randolph Michael Rabbe *Reserve My constitutionally protected unalienable Rights, ab initio*, at all times, and do not waive any such Rights at any time.

## NOTICE OF RESERVATION OF RIGHT, AB INITIO, FROM OUR BIRTH-DATES, AND NOW FOR THEN AT UCC 1-207, UCC 1-308

I, Randolph Michael Rabbe, the Declarant herein, give Respondents, in their private capacity, and as agents of the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the state of Missouri, **FURTHER NOTICE** that, I, Randolph Michael Rabbe and/or the juristic person, RANDOLPH MICHAEL RABBE, or any derivative name-forms or any idem sonans thereof, pursuant to the Uniform Commercial Code at (UCC) 1-207,(UCC) 1-308 **ab initio, from My Birth-date and now for then,** reserve My/His Right not to be compelled to perform under any contracts and/or commercial agreements, **including pledges and registrations,** in which I/He did not enter knowingly, intentionally, and voluntarily, with full disclosure of all relevant facts, meeting of the minds, specified obligations, and mutual exchange of **fair consideration.**

I, Randolph Michael Rabbe, the Declarant herein, give Respondents, in their private capacity, and as agents of the United States, a/k/a the District of Columbia and its instrumentalities, **FURTHER NOTICE** that by such "Reservation of Right", Randolph Michael Rabbe, and/or the juristic person, RANDOLPH MICHAEL RABBE, or any derivative name-forms or any idem sonans thereof, have notified all Local, State and Federal government agents, agencies, and instrumentalities, that Randolph Michael Rabbe, and/or the juristic person, RANDOLPH MICHAEL RABBE or any derivative name-forms or any idem sonans thereof, **do not and will not accept any and all liability** associated with any and all **compelled benefits** of such unrevealed contracts and/or commercial agreements, including **pledges and registrations,** be they Admiralty or otherwise.

## NOTICE OF OBJECTION, NOTICE OF PROTEST, AND NOTICE OF NECESSITY.

I, Randolph Michael Rabbe, the Declarant herein, give Respondents, in their private capacity, and as agents of the United States, **NOTICE,** that any further *Use* of *Social Security Numbers 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; The U.S. Postal Service; Federal Reserve Notes; Bank Accounts; Bank Loans, Mortgage Loans, Credit cards and other Loans or credit and negotiable instruments; All Licenses, including but not limited to Driver's Licenses; Professional Licenses; Marriage licenses;* **all pledges and registrations;** *A State's registration of motor vehicles or associated conveyances; A State's registration of other conveyances, including but not limited to aircraft, motor-boats, or any and all other similar conveyances; A State's certificate of title to any motor*

vehicle, motor boat, aircraft, or similar conveyances; A State's registration number on motor vehicles, motor-boats, aircrafts, or any associated conveyances; A State's license plates on cars; Public Schools; Two-letter State abbreviations and federal postal "zip" codes; Birth Certificates or Certificates of Live Birth, Passports issued by the U.S. Secretary of State; Internal Revenue Services or any issuances from the Commissioner of Internal Revenue; U.S. citizenship or any other variation thereof; U.S. "green card" for residency or any other variation thereof; Medicaid benefits; Medicare benefits, other Social Security benefits in any respect, including, but not limited to, disability benefits; and any and all other unrevealed benefits, barring none, by Randolph Michael Rabbe, and/or the juristic person, RANDOLPH MICHAEL RABBE or any derivative name-forms or any idem sonans thereof, **as a compelled** benefit from the democracy known as the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the State of Missouri, **will not be voluntary and will not be under any contractual relationship, but instead and always will be by Necessity, under Objection, and under Protest, Without Prejudice under My/His Explicit Reservation of Right** at U.C.C. 1-207, U.C.C. 1-308, whether so **claimed** at the time of *Use* or **not**.

## NOTICE TO RESPOND

**I, Randolph Michael Rabbe, the Declarant herein, and/or the juristic person, RANDOLPH MICHAEL RABBE, or any derivative name-forms or any idem sonans thereof, give Respondents ten (10) days from the date of receipt of this NOTICE, to dispute or object to My/His Expatriation from the corporate United States, a/k/a the District of Columbia, a democracy, and its laws, and from the corporate state of Missouri, and its laws, and lawful Repatriation into the Missouri Republic and The United States of America, the Republic, under their Laws, with My/His *res* and all of My/His estate, real and /or personal, tangible and/or intangible property, whether by error or fraudulently or otherwise transferred by pledges and registration, to the United States and its instrumentalities, a/k/a the state of Missouri, or formerly held in trust with the United States and its instrumentalities, a/k/a the District of Columbia and /or the corporate state of Missouri, or formerly held in trust with the United States and its instrumentalities, ab initio, for the general welfare and benefit of all "citizens of the United States" within the communal 14th amendment public trust. Such property includes but is not limited to My/His *res*, real and personal property located anywhere within The United States or any country foreign to the United States and its instrumentalities, especially real property located at My/His abode or place of inhabitation in Missouri State, and all such property having been separated from public domain by purchase, being private, is not subject to or under the control of the de facto United States and its instrumentalities, a/k/a the District of Columbia and/or a/k/a the corporate state of Missouri.**

Failure of Respondents to timely dispute and object **to My removal of My res and all My property, real and personal, tangible and intangible,** from the corporate United States, a democracy and its laws, and from the corporate state of Missouri, a democracy and its laws, and **lawful return into the Republics** and their Laws, with **all My res and all** My estate and property, tangible and intangible, pledged and registered through fraud, in error, or by mistake, will be admission, confession, stipulation, and **agreement** by Respondents through *TACIT PROCURATION, Stare Decisis, enforced by estoppel in pais, that*:

Respondents are in **Fault**.

Declarant herein, **is a non-juristic, free and lawful Man and is a Private Person living on the Land.**

Declarant herein, Randolph Michael Rabbe, have the **Right** through His political Choice, Will, and Intent, to voluntary leave the democracy known as the United States and its instrumentalities, a/k/a the District of Columbia and/or the corporate state of Missouri, and to lawfully repatriate into the Republic known as the Missouri state Republic, one of The United States of America, the Republic, with all His property formerly held in trust for the use and general welfare of the "citizens" of the United States, a democracy, without interference from anyone, including governments, their agents, or their agencies, as protected in Law through "*An Act concerning the Rights of American Citizens in foreign States,*" by the Fortieth Congress of the United States, Sess. II, and by Decisions of the Judiciary.

Declarant herein, Randolph Michael Rabbe has knowingly, intentionally, and voluntarily exercised **His Right**, and have not only **expatriated, ab initio**, from the foreign jurisdiction known as the municipal corporation of the District of Columbia, a/k/a United States and its instrumentalities, a democracy and its laws, and from the foreign jurisdiction known as the corporate state of Missouri, a democracy and its laws, **but;**

Declarant herein, Randolph Michael Rabbe, has lawfully **repatriated** into the Missouri Republic and The United States of America Republics, and under the Laws thereof, with His *res* and **all** His estate and private property, real and personal, tangible and intangible.

Declarants **property includes but is not limited to real and personal property located anywhere within The United States or any other country foreign to the United States and its instrumentalities, especially real property located anywhere within the continental United States of America, the Republic, including within the land mass known as the Missouri Republic, previously transferred in error or fraudulently, by pledges and registration or otherwise, to the United States and its instrumentalities, a democracy.**

Declarants property, formerly held in trust with the corporate United States and its instrumentalities, **from Declarants Birth-date,** for the general welfare and benefit of all the "citizens of the United States" within the communal 14th amendment public trust, having been declared **private property and separated from public domain by purchase** are **no longer subject to the control** by the United States, a/k/a the District of Columbia and its instrumentalities and/or the corporate state of Missouri.

*Further Declarant says not.*

*Given under My hand and Seal this* 23rd *day of* December *, 2016 A.D.*

*Submitted With Explicit Reservation of All My Rights, Without Prejudice, and Without Recourse.*

By: Randolph Michael Rabbe

Randolph Michael Rabbe, Declarant and Creditor

Seal:

I hereby certify that on this 23rd day of December, 2016 A.D., a man, known to me to be Randolph Michael Rabbe, appeared in His proper person, with proper identification, to attest and affirm that He is the man executing the foregoing document titled, **"DECLARATION AND NOTICE OF RESCISSION OF ANY AND ALL REGISTRATIONS, PLEDGES, AND CONTRACTS, EXPLICIT OR IMPLIED, FOR FAILURE OF CONSIDERATION & NOTICE OF RECLAMATION OF ALL UNALIENABLE RIGHTS &** *Notice of Declaration of Independence"* by His Hand and Seal.

I, THEREFORE, set forth my hand and seal in affirmation of the execution thereof.

Christina Ford

NOTARY PUBLIC

Date: Dec. 23rd 2016

Jun. 11th 2018

My Commission Expires

Seal:

```
CHRISTINA FORD
Notary Public-Notary Seal
State of Missouri, Clay County
Commission # 14626373
My Commission Expires Jun 11, 2018
```

To:    The Clerk – Guilford County Recorder's Office:

After Filing and Recording This Document Please Return To:

Randolph Michael Rabbe
c/o P. O. Box 681233
Riverside, near 64(64168)
Missouri state
The United States of America, the Republic

# EXHIBIT "A"

CHAP. CCXLIX -- *An Act concerning the Rights of American Citizens in foreign States.*

July 27, 1868.

Rights of
American citizens
in foreign states.
Preamble.

Whereas the right of expatriation is a natural and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness; and whereas in the recognition of this princi-ple, this government has freely received emigrants from all nations, and invested them with the rights of citizenship; and whereas it is claimed that such American citizens, with their descendents, are subjects of for-eign states, owing allegiance to the governments thereof; and whereas it is necessary to the maintenance of public peace that this claim of foreign allegiance should be promptly and finally disavowed; Therefore,

Right of
Expatriation
declared.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That any declaration, instruc-tion, opinion, order, or decision of any officers of this government which denies, restricts, impairs, or questions the right of expatriation, is hereby declared inconsistent with the fundamental principles of this government.

Protection to
naturalized
citizens in
foreign states.

Sec. 2. And be it further enacted, That all naturalized citizens of the United States, while in foreign states, shall be entitled to, and shall receive from this government, the same protection of persons and prop-erty that is accorded to native-born citizens in like situations and circum-stances.

Release of
citizens
imprisoned by
foreign
governments
to be
demanded.

Facts to be
communicated
to Congress.

Sec. 3. And be it further enacted, That whenever it shall be made known to the President that any citizen of the United States has been unjustly deprived of his liberty by or under the authority of any foreign government, it shall be the duty of the President forthwith to demand of that government the reasons for such imprisonment, and if it appears to be wrongful and in violation of the rights of American citizenship, the Presi-dent shall forthwith demand the release of such citizen, and if the release so demanded is unreasonably delayed or refused, it shall be the duty of the President to use such means, not amounting to acts of war, as he may think necessary and proper to obtain or effectuate such release, and all the facts and proceedings relative thereto shall as soon as practicable be communicated by the President to Congress.

Approved, July 27, 1868.



I hereby certify this document to be a true, correct and complete copy of the record filed in my office. Dated this _____ day of _____, 20__.
County Administrator,
By _____
Deputy Clerk

# Guilford County
# Register of Deeds



POST OFFICE BOX 3427 • GREENSBORO, NORTH CAROLINA 27402
Telephone 336-641-7556 • Fax 336-641-5778 • E-Mail JTHIGPE@CO.GUILFORD.NC.US

State of North Carolina, County of Guilford

I certify that this is a true and accurate copy which appears on record in the office
of the Register of Deeds of Guilford County, North Carolina in
Book 7897 Page 2694-2703.

Witness my hand and seal this 25th day of JANUARY 2017.

JEFF L. THIGPEN, REGISTER OF DEEDS

By:_____

WILEY L COUSIN, ASSISTANT/DEPUTY REGISTER OF DEEDS

THIS CERTIFICATION SHEET IS A PART OF THE DOCUMENT.

*ATTACHMENT 4*
*(2)*

BK: R 7897
PG: 2704-2713
RECORDED:
01-25-2017
12:06:34 PM
BY: WILEY L COUSIN
DEPUTY-GB
2017004316
GUILFORD COUNTY, NC
JEFF L. THIGPEN
REGISTER OF DEEDS

NC FEE $28.00

**FOR OFFICIAL USE:**
Lisa Ann Rabbe
c/o P. O. Box 681233
Riverside, near 64[64168]
Missouri state
The United States of America, the Republic

*Pick up By: Ben Johnson*

*1.1 ᵃⁿ*

# DECLARATION AND NOTICE OF RESCISSION OF ANY AND ALL REGISTRATIONS, PLEDGES, AND CONTRACTS, EXPLICIT OR IMPLIED, FOR FAILURE OF CONSIDERATION & NOTICE OF RECLAMATION OF ALL UNALIENABLE RIGHTS &

## *Notice of Declaration of Independence* &

**NOTICE TO AGENTS IS NOTICE TO PRINCIPALS in their private capacity**
**NOTICE TO PRINCIPALS IS NOTICE TO AGENTS in their private capacity**
**Applicable to all Successors and Assigns**
**_SILENCE IS ACQUIESCENCE_**

From: Declarant herein:

Lisa Ann Rabbe, Free and Lawful Woman
c/o P.O. Box 681233
Riverside, near 64[64168]
Missouri state
The United States of America, the Republic

To: Respondents herein:

Barack H. Obama and the Office of the President of the United States.
1600 Pennsylvania Avenue North West
Washington, D.C. 20500

Anthony Foxx and the Office of the Secretary of Transportation of the United States.
1200 New Jersey Avenue South East
Washington, D. C. 20590

Jack Lew and the Office of the Secretary of the Treasury of the United States.
1500 Pennsylvania Avenue North West
Washington, D.C. 20220

Penny Pritzker and the Office of the Secretary of Commerce of the United States.
U.S. Department of Commerce
1401 Constitution Avenue North West
Washington, D.C. 20230

John Koskinen and the Office of the Commissioner of the Internal Revenue Service.
1111 Constitution Avenue North West
Washington, D.C. 20224

John G. Roberts Jr. and the Office of the Chief Justice of the U.S. Supreme Court.
One First Street North East
Washington, D.C. 20543

John F. Kerry and the Office of the Secretary of State of the United States.
2201 C Street North West
Washington, D.C. 20520

Loretta Lynch and the Office of the acting Attorney General of the United States.
950 Pennsylvania Avenue North West
Washington, D.C. 20530

Kelly Thomasson and the Office of the Secretary of the Commonwealth of Missouri state.
P.O. Box 2454
Richmond, VA 23218

Jay Nixon and the Office of the Governor of Missouri state Commonwealth.
P.O. Box 720
Jefferson City, Mo 65102

Chris Koster and the Office of the Attorney General of Missouri state.
Supreme Court Building
207 West High Street
Jefferson City, Mo 656102

Chief Justice Patricia Breckenridge and the Office of the Chief Justice of the Supreme Court of Missouri.
207 West High Street
Jefferson City, Mo 65101

Bill Thompson and the Office of the Executive Secretary Supreme Court of Missouri.
P.O. Box 150
Jefferson City, Missouri 65102

## VERIFICATION

County: Platte )
)    *VERIFIED DECLARATION*
State: Missouri )

*I, Lisa Ann Rabbe, Declarant herein, a Free and Lawful Woman in the Missouri Republic, one of The United States of America, a Union of republic states, declare under penalties of perjury under the Laws of The United States of America and of Missouri state, the Republic, that Declarant is competent to be witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's firsthand knowledge and belief.*

# THIS DECLARATION AND NOTICE OF RESCISSION OF ANY AND ALL REGISTRATIONS, PLEDGES, AND CONTRACTS, EXPLICIT OR IMPLIED, FOR FAILURE OF CONSIDERATION & NOTICE OF RECLAMATION OF ALL UNALIENABLE RIGHTS &

## *Notice of Declaration of Independence*

## *SUPERSEDES ALL SUCH PREVIOUS RECORDINGS.*

## *PURPOSE FOR THIS DECLARATION*

The sole purpose for this Declaration is for Declarant to reclaim and have the ability to exercise her **unalienable constitutionally protected Rights** within the Republic states **and for no other purpose.**

### *NOTICE OF SEVERANCE and WAIVER, FORFEITURE, AND REJECTION OF ALL BENEFITS*

I, Lisa Ann Rabbe, the Declarant herein, freely give Respondents, in their private capacity, and as agents of the corporate UNITED STATES, a/k/a the DISTRICT OF COLUMBIA and its instrumentalities, a/k/a the corporate STATE OF MISSOURI, **NOTICE OF SEVERANCE and WAIVER, FORFEITURE, CANCELLATION, AND REJECTION OF ANY AND ALL BENEFITS, INCLUDING BUT NOT LIMITED TO, ADMIRALTY AND LIMITED DEBT LIABILITY BENEFITS** from the UNITED STATES and its instrumentalities, and NOTICE, that **any and all** hidden and invisible or adhesion contracts and/or commercial agreements, including **all pledges and registrations,** creating an attachment of an equity relationship between the corporate UNITED STATES, a/k/a the DISTRICT OF COLUMBIA and its instrumentalities, a/k/a the corporate STATE OF MISSOURI, and Lisa Ann Rabbe, and/or the juristic person, LISA ANN RABBE, or any derivative name-forms or any idem sonans thereof, are hereby SEVERED, RESCINDED, DISSOLVED, CANCELED, AND TERMINATED **ab initio, from My birth-date, JULY 25th, 1967 A. D., and nunc pro tunc, now for then, for mistake,** non-disclosure, and FAILURE OF CONSIDERATION.

## NOTICE OF WITHDRAWAL OF SIGNATURES

I, Lisa Ann Rabbe, the Declarant herein, give Respondents, in their private capacity, and as agents of the corporate UNITED STATES, a/k/a the DISTRICT OF COLUMBIA and its instrumentalities, a/k/a the corporate STATE OF MISSOURI, NOTICE, that Declarant, **ab initio, withdraw Her signatures for fraud, misrepresentation, non-disclosure, and failure of consideration,** from any and all instruments, including but not limited to, **all pledges and registrations,** which conveyed or purport to convey a power of attorney to the corporate UNITED STATES, a/k/a the DISTRICT OF COLUMBIA and its instrumentalities, a/k/a the corporate STATE OF MISSOURI, and their agents over the *res* of Declarant.

## NOTICE OF REFUSAL OF ANY AND ALL BENEFITS

I, Lisa Ann Rabbe, the Declarant herein, give Respondents, in their private capacity, and as agents of the corporate UNITED STATES, a/k/a the DISTRICT OF COLUMBIA and its instrumentalities, a/k/a the corporate STATE OF MISSOURI, NOTICE, that **any and all** benefits associated with such unrevealed contracts and/or commercial agreements, including **all pledges and registrations,** are being, in toto, **severed, waived, rejected, declined, canceled, and forfeited, for lack of consideration,** and that **no** benefits, including, but not limited to Admiralty and Limited Debt Liability Benefits, are being *voluntarily* accepted by Declarant, Lisa Ann Rabbe, and/or the juristic person, LISA ANN RABBE, or any derivative name-forms or any idem sonans thereof.

## NOTICE OF OBJECTION TO 14TH AMENDMENT

I, Lisa Ann Rabbe, the Declarant herein, give Respondents, in their private capacity, and as agents of the corporate UNITED STATES, a/k/a the DISTRICT OF COLUMBIA and its instrumentalities, a/k/a the corporate STATE OF MISSOURI, NOTICE, that Lisa Ann Rabbe and/or the juristic person, LISA ANN RABBE, or any derivative name-forms or any idem sonans thereof, **object to the 14th amendment** to the Constitution for The United States of America of 1789 A.D. as amended in 1791 A.D., **ab initio, from My birth-date, and nunc pro tunc, now for then.**

## NOTICE OF DECLARATION OF STATUS

I, Lisa Ann Rabbe, the Declarant herein, give Respondents, in their private capacity and as agents of the corporate UNITED STATES, a/k/a the DISTRICT OF COLUMBIA and its instrumentalities, a/k/a the corporate STATE OF MISSOURI, NOTICE, that Lisa Ann Rabbe and/or the juristic person, LISA ANN RABBE, or any derivative name-forms or any idem sonans thereof, have declared My/Her status as a **non-juristic stranger to the public trust** that went into effect on July Twenty-Eighth, 1868 A. D. by the 14th amendment to the Constitution for The United States of America of 1789 A.D. as amended in 1791 A.D., and that I, the Declarant, have voluntarily severed, waived, rejected, forfeited, declined, canceled, and refused to *voluntarily* accept any and all <u>enfranchisement benefits</u> from the corporate UNITED STATES and its instrumentalities through unrevealed or adhesion contracts and or commercial agreements, including **all pledges and registrations.**

## NOTICE OF DECLARATION OF INDEPENDENCE

Respondents, **TAKE NOTICE:**

That, I, Lisa Ann Rabbe, the Declarant herein, in the name of the Almighty Creator, by My Declaration of Independence, solemnly Publish and Declare My Political Choice, Will, and Intent **as a matter of Right**.

That, I, Lisa Ann Rabbe, the Declarant herein, under the Right protected by an Act of Congress, *15 United States Statutes at Large*, titled "*An Act concerning the Rights of American Citizens in foreign States*" passed on the Twenty-Seventh Day of July, 1868 A. D. by the Fortieth Congress, Sess. II. Ch. 249, pages 223 & 224, and under Decisions by the Judiciary, have a Right to expatriate from a jurisdiction foreign to My Political, Will, Choice, and Intent. (See Exhibit A attached hereto and incorporated herein.)

That, I, Lisa Ann Rabbe, the Declarant herein, **ab initio, from My Birth-date, and Now for Then, do expatriate** absolute, **My** *res*, estates, and all **My** property in trust to the foreign jurisdiction known as the municipal corporation of the DISTRICT OF COLUMBIA, a/k/a UNITED STATES, a/k/a STATE OF MISSOURI, a democracy and its laws and I explicitly refuse to be, and refuse to subject Myself to be, chattel property and citizen of the United States, a democracy.

That, I, Lisa Ann Rabbe, the Declarant herein, have lawfully **returned** and **repatriated** firstly, as a Missouri state Republic *Citizen/National, and secondly as an American Citizen/National* in the United States of America, the Republic, and under their Laws, *with all My estate and property, real and personal, tangible and intangible,* including **all pledges and registrations,** *and barring none,* formerly held in trust with the democracy known as the corporate UNITED STATES, a/k/a the DISTRICT OF COLUMBIA and its instrumentalities, a/k/a the corporate STATE OF MISSOURI, for the general welfare and benefit of all "citizens of the UNITED STATES" within the 14th amendment communal public trust that went into effect on July Twenty-Eighth, 1868 A. D.

That, I, Lisa Ann Rabbe, the Declarant, herein, state that such property includes, but is not limited to, **all pledges and registrations,** and all My real and personal property previously *transferred* in error, or by fraud, or otherwise, to the corporate UNITED STATES and its instrumentalities, a/k/a the DISTRICT OF COLUMBIA and/or the corporate STATE OF MISSOURI, regardless of their location within the corporate UNITED STATES or other countries foreign to the corporate UNITED STATES and its territories. Such property **is separated from public domain by purchase,** are now declared **private property,** and are not, under the control of, or subject to the democracy known as the UNITED STATES, a/k/a the DISTRICT OF COLUMBIA and its instrumentalities, a/k/a the corporate STATE OF MISSOURI.

That, I, Lisa Ann Rabbe, the Declarant herein, declare that I, as a private Missouri state Citizen/National, am not a party to the federal or state Constitutions.

That, I, Lisa Ann Rabbe, the Declarant herein, freely choose and pledge My allegiance firstly to the Missouri Republic and secondly to The United States of America, the Republic, and not to the municipal corporation commonly known as the corporate UNITED STATES, a/k/a the

DISTRICT OF COLUMBIA, and its instrumentalities a/k/a the corporate STATE OF MISSOURI, a democracy.

That, I, Lisa Ann Rabbe, the Declarant herein, absolutely **refuse** to be in rebellion, and **do not and will not** commit treason, against the Missouri Republic and The United States of America, the Republic, and will not be found to knowingly, intentionally, and voluntarily support enemies of said Republics, and will not be found to be voting for Officers and Representatives of the de facto UNITED STATES and its instrumentalities, a foreign corporation with respect to Missouri state, the Republic.

## NOTICE OF SEVERANCE OF POLITICAL TIES

Respondents, **TAKE NOTICE:**

That, I, Lisa Ann Rabbe, the Declarant herein, freely state that any and all past and present political ties implied by operation of law or otherwise in trust with the democracy, a/k/a the United States, a/k/a the DISTRICT OF COLUMBIA and its instrumentalities, a/k/a the STATE OF MISSOURI, **ARE HEREBY SEVERED, RESCINDED, DISSOLVED, CANCELED, AND TERMINATED,** for **FRAUD AND FAILURE OF CONSIDERATION,** and all benefits, including but not limited to, benefits of enfranchisement from any country, including the corporate UNITED STATES, a/k/a the DISTRICT OF COLUMBIA, its agents, agencies, and instrumentalities, a/k/a the STATE OF MISSOURI, <u>are severed, forfeited, rejected, waived, declined, canceled, and not accepted,</u> **ab initio,** from **My Birth-date and now for then.**

## NOTICE OF UNLIMITED RIGHT TO CONTRACT

Respondents, **TAKE NOTICE:**

That, I, Lisa Ann Rabbe, the Declarant herein, have full power to contract and establish commerce as guaranteed by the Missouri Republic Constitution and the Article therein known as the **Bill of Rights,** as well as the Declaration of Independence of July Fourth, 1776 A. D.

I, Lisa Ann Rabbe, the Declarant herein, give Respondents, in their private capacity, and as agents of the corporate UNITED STATES, a/k/a the DISTRICT OF COLUMBIA and its instrumentalities, a/k/a the corporate STATE OF MISSOURI, NOTICE, that the benefits from the unrevealed or invisible contracts and/or commercial agreements referred to above include, but are not limited to, the following: *The past Use of:*

*Social Security Number,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, The U.S. Postal Service; Federal Reserve Notes; Bank Accounts; Bank Loans, Mortgage Loans, Credit cards and other Loans or credit instruments; All Licenses, including but not limited to Driver's Licenses; Professional Licenses; Marriage licenses;* **all pledges and registrations,** *A State's registration of motor vehicles or associated conveyances; A State's registration of other conveyances, including but not limited to aircraft, motor-boats, or any and all other similar conveyances; A State's certificate of title to any motor vehicle, motor boat, aircraft, or similar conveyances; A State's registration number on motor vehicles, motor-boats, aircrafts, or any associated conveyances; A State's license plates on cars; Public Schools; Two-letter State abbreviations and federal postal "zip" codes; Birth Certificates or Certificates of Live Birth, Passports issued by the U.S. Secretary of State; Internal Revenue*

Services or any issuances from the Commissioner of Internal Revenue; Voter registrations; U.S. citizenship or any other variation thereof; U.S. "green card" for residency or any other variation thereof; Medicaid benefits; Medicare benefits, other Social Security benefits in any respect, including, but not limited to, disability benefits; and any and all other unrevealed benefits, barring none.

## NOTICE OF RESERVATION OF UNALIENABLE RIGHTS AB INITIO

I, Lisa Ann Rabbe, the Declarant herein, give Respondents, in their private capacity, and as agents of the corporate UNITED STATES, a/k/a the DISTRICT OF COLUMBIA and its instrumentalities, a/k/a the corporate STATE OF MISSOURI, **NOTICE** that, I, Lisa Ann Rabbe *Reserve My Constitutionally Protected Unalienable Rights, ab initio,* at all times, and do not waive any such Rights at any time.

## NOTICE OF RESERVATION OF RIGHT, AB INITIO, FROM OUR BIRTH-DATES, AND NOW FOR THEN AT UCC 1-207, UCC 1-308

I, Lisa Ann Rabbe, the Declarant herein, give Respondents, in their private capacity, and as agents of the corporate UNITED STATES, a/k/a the DISTRICT OF COLUMBIA and its instrumentalities, a/k/a the corporate STATE OF MISSOURI, **FURTHER NOTICE** that, I, Lisa Ann Rabbe and/or the juristic person, LISA ANN RABBE, or any derivative name-forms or any idem sonans thereof, pursuant to the Uniform Commercial Code at (UCC) 1-207,(UCC) 1-308, **ab initio, from My Birth-date and now for then**, reserve My/Her Right not to be compelled to perform under any contracts and/or commercial agreements, **including pledges and registrations,** in which I/She did not enter knowingly, intentionally, and voluntarily, with full disclosure of all relevant facts, meeting of the minds, specified obligations, and mutual exchange of **fair consideration**.

I, Lisa Ann Rabbe, the Declarant herein, give Respondents, in their private capacity, and as agents of the corporate UNITED STATES, a/k/a the DISTRICT OF COLUMBIA and its instrumentalities, a/k/a the corporate STATE OF MISSOURI, **FURTHER NOTICE** that by such "Reservation of Right", Lisa Ann Rabbe, and/or the juristic person, LISA ANN RABBE, or any derivative name-forms or any idem sonans thereof, have notified all Local, State and Federal government agents, agencies, and instrumentalities, that Lisa Ann Rabbe, and/or the juristic person, LISA ANN RABBE or any derivative name-forms or any idem sonans thereof, **do not and will not accept any and all liability** associated with any and all **compelled benefits** of such unrevealed contracts and/or commercial agreements, including **pledges and registrations,** be they Admiralty or otherwise.

## NOTICE OF OBJECTION, NOTICE OF PROTEST, AND NOTICE OF NECESSITY.

I, Lisa Ann Rabbe, the Declarant herein, give Respondents, in their private capacity, and as agents of the corporate UNITED STATES, **NOTICE**, that any further *Use* of *Social Security Numbers **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, The U.S. Postal Service; Federal Reserve Notes; Bank Accounts; Bank Loans, Mortgage Loans, Credit cards and other Loans or credit and negotiable instruments; All* Licenses, including but not limited to Driver's Licenses; Professional Licenses; Marriage licenses; **all pledges and registrations***, A State's registration

of motor vehicles or associated conveyances; A State's registration of other conveyances, including but not limited to aircraft, motor-boats, or any and all other similar conveyances; A State's certificate of title to any motor vehicle, motor boat, aircraft, or similar conveyances; A State's registration number on motor vehicles, motor-boats, aircrafts, or any associated conveyances; A State's license plates on cars; Public Schools; Two-letter State abbreviations and federal postal "zip" codes; Birth Certificates or Certificates of Live Birth, Passports issued by the U.S. Secretary of State; Internal Revenue Service or any issuances from the Commissioner of Internal Revenue; Voter Registration; U.S. citizenship or any other variation thereof; U.S. "green card" for residency or any other variation thereof; Medicaid benefits; Medicare benefits, other Social Security benefits in any respect, including, but not limited to, disability benefits; and any and all other unrevealed benefits, barring none, by Lisa Ann Rabbe, and/or the juristic person, LISA ANN RABBE or any derivative name-forms or any idem sonans thereof, **as a compelled** benefit from the democracy known as the corporate UNITED STATES, a/k/a the DISTRICT OF COLUMBIA and its instrumentalities, a/k/a the corporate STATE OF MISSOURI, **will not be voluntary and will not be under any contractual relationship, but instead and always will be by Necessity, under Objection, and under Protest, Without Prejudice under My/Her Explicit Reservation of Right** at UCC 1-207, UCC 1-308, whether so **claimed at** the time of **Use** or **not.**

## NOTICE TO RESPOND

**I, Lisa Ann Rabbe, the Declarant herein, and/or the juristic person, LISA ANN RABBE, or any derivative name-forms or any idem sonans thereof, give Respondents ten (10) days from the date of receipt of this NOTICE, to dispute or object to My/Her Expatriation from the corporate UNITED STATES, a/k/a the DISTRICT OF COLUMBIA, a democracy, and its laws, and from the corporate STATE OF MISSOURI, and its laws, and lawful Repatriation into the Missouri Republic and The United States of America, the Republic, under their Laws, with My/Her *res* and all of My/Her estate, real and/or personal, tangible and/or intangible property, whether by error or fraudulently or otherwise transferred by pledges and registration, to the corporate UNITED STATES and its instrumentalities, a/k/a the corporate STATE OF MISSOURI, or formerly held in trust with the corporate UNITED STATES and its instrumentalities, a/k/a the DISTRICT OF COLUMBIA and /or the corporate STATE OF MISSOURI, or formerly held in trust with the UNITED STATES and its instrumentalities, ab initio, for the general welfare and benefit of all "citizens of the UNITED STATES" within the 14th amendment communal public trust. Such property includes but is not limited to My/Her *res*, real and personal property located anywhere within The UNITED STATES or any country foreign to the corporate UNITED STATES and its instrumentalities, especially real property located at My/Her abode or place of inhabitation in Missouri state, and all such property having been separated from public domain by purchase, being private, is not subject to or under the control of the de facto UNITED STATES and its instrumentalities, a/k/a the DISTRICT OF COLUMBIA and/or a/k/a the corporate STATE OF MISSOURI.**

Failure of Respondents to timely dispute and object **to My removal of My Res and all My property, real and personal, tangible and intangible,** from the corporate UNITED STATES, a democracy and its laws, and from the corporate STATE OF MISSOURI, a democracy and its laws, and **lawful return into the Republics** and their Laws, with **all My *res* and all**

My estate and property, tangible and intangible, pledged and registered through fraud, in error, or by mistake, will be admission, confession, stipulation, and **agreement** by Respondents through *TACIT PROCURATION*, Stare Decisis, **enforced by estoppel in pais, that:**

Respondents are in **Fault.**
Declarant herein, **is a non-juristic, free and lawful Woman and is a Private Person living on the Land.**

Declarant herein, Lisa Ann Rabbe, has the **Right** through Her Political Choice, Will, and Intent, to voluntary leave the democracy known as the corporate UNITED STATES and its instrumentalities, a/k/a the DISTRICT OF COLUMBIA and/or the corporate STATE OF MISSOURI, and to lawfully repatriate into the Republic known as the Missouri state Republic, one of The United States of America, the Republic, with all Her property formerly held in trust for the use and general welfare of the "citizens of the UNITED STATES", a democracy, without interference from anyone, including governments, their agents, or their agencies, as protected in Law through "*An Act concerning the Rights of American Citizens in foreign States,*" by the Fortieth Congress, Sess. II, and Under Decisions of the Judiciary.

Declarant herein, Lisa Ann Rabbe has knowingly, intentionally, and voluntarily exercised **Her Right**, and has not only **expatriated, ab initio**, from the foreign jurisdiction known as the municipal corporation of the DISTRICT OF COLUMBIA, a/k/a UNITED STATES and its instrumentalities, a democracy and its laws, and from the foreign jurisdiction known as the corporate STATE OF MISSOURI, a democracy and its laws.

Declarant herein, Lisa Ann Rabbe, has lawfully **repatriated** into the Missouri Republic and The United States of America Republics, and under the Laws thereof, with Her *res* and **all** Her estate and private property, real and personal, tangible and intangible Declarants **property includes but is not limited to real and personal property located anywhere within The UNITED STATES or any other country foreign to the corporate UNITED STATES and its instrumentalities, especially real property located anywhere within the continental United States of America, the Republic, including within the land mass known as the Missouri Republic, previously transferred in error or fraudulently, by pledges and registration or otherwise, to the corporate United States and its instrumentalities, a democracy.**

Declarant's property, formerly held in trust with the corporate UNITED STATES and its instrumentalities, **from ab initio, Declarants Birth-date,** for the general welfare and benefit of all the "citizens of the UNITED STATES" within the 14th amendment communal public trust, having been declared **private property and separated from public domain by purchase** are **no longer subject to the control** by the UNITED STATES, a/k/a the DISTRICT OF COLUMBIA and its instrumentalities and/or the corporate STATE OF MISSOURI.

*Further Declarant says not.*

*Given under My hand and Seal this* 28th *day of* December *, 2016 A.D.*

*Submitted With Explicit Reservation of All My Rights, Without Prejudice, and Without Recourse.*

By: _____

    Lisa Ann Rabbe, Declarant and Creditor       Seal:

I hereby certify that on this 23rd day of December , 2016 A.D., a woman, known to me to be Lisa Ann Rabbe, appeared in Her proper person, with proper identification, to attest and affirm that She is the woman executing the foregoing document titled, **"DECLARATION AND NOTICE OF RESCISSION OF ANY AND ALL REGISTRATIONS, PLEDGES, AND CONTRACTS, EXPLICIT OR IMPLIED, FOR FAILURE OF CONSIDERATION & NOTICE OF RECLAMATION OF ALL UNALIENABLE RIGHTS &** *Notice of Declaration of Independence*" by Her Hand and Seal.

I, THEREFORE, set forth my hand and seal in affirmation of the execution thereof.

_____

NOTARY PUBLIC                   Date: Dec. 23rd 2016

_____

My Commission Expires Jun. 11th 2018

                  Seal:

> CHRISTINA FORD
> Notary Public-Notary Seal
> State of Missouri, Clay County
> Commission # 14626373
> My Commission Expires Jun 11, 2018

To:    The Clerk – Guilford County Recorder's Office:

After Filing and Recording This Document Please Return To:

Lisa Ann Rabbe
c/o P. O. Box 681233
Riverside, near 64(64168)
Missouri state
The United States of America, the Republic

# EXHIBIT "A"

**CHAP. CCXLIX** *– An Act concerning the Rights of American Citizens in foreign States.*

July 27, 1868.

Rights of American citizens in foreign states. Preamble.

Whereas the right of expatriation is a natural and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness; and whereas in the recognition of this princi-ple, this government has freely received emigrants from all nations, and invested them with the rights of citizenship; and whereas it is claimed that such American citizens, with their descendents, are subjects of for-eign states, owing allegiance to the governments thereof; and whereas it is necessary to the maintenance of public peace that this claim of foreign allegiance should be promptly and finally disavowed; Therefore,

**Right of Expatriation declared.**

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That any declaration, instruc-tion, opinion, order, or decision of any officers of this government which denies, restricts, impairs, or questions the right of expatriation, is hereby declared inconsistent with the fundamental principles of this government.

**Protection to naturalized citizens in foreign states.**

Sec. 2. And be it further enacted, That all naturalized citizens of the United States, while in foreign states, shall be entitled to, and shall receive from this government, the same protection of persons and prop-erty that is accorded to native-born citizens in like situations and circum-stances.

**Release of citizens imprisoned by foreign governments to be demanded.**

Sec. 3. And be it further enacted, That whenever it shall be made known to the President that any citizen of the United States has been unjustly deprived of his liberty by or under the authority of any foreign government, it shall be the duty of the President forthwith to demand of that government the reasons for such imprisonment, and if it appears to be wrongful and in violation of the rights of American citizenship, the Presi-dent shall forthwith demand the release of such citizen, and if the release so demanded is unreasonably delayed or refused, it shall be the duty of the President to use such means, not amounting to acts of war, as he may think necessary and proper to obtain or effectuate such release, and all the facts and proceedings

**Facts to be communicated to Congress.**

relative thereto shall as soon as practicable be communicated by the President to Congress.

Approved, July 27, 1868.



I hereby certify this document to be a true, correct and complete copy of the record filed in my office. Dated this _____ day of _____, 20__.
County Administrator.
By _____
                    Deputy Clerk

# Guilford County
# Register of Deeds



POST OFFICE BOX 3427 • GREENSBORO, NORTH CAROLINA 27402
Telephone 336-641-7556 • Fax 336-641-5778 • E-Mail JTHIGPE@CO.GUILFORD.NC.US

State of North Carolina, County of Guilford

I certify that this is a true and accurate copy which appears on record in the office
of the Register of Deeds of Guilford County, North Carolina in
Book 7897 Page 2704-2713.

Witness my hand and seal this 25th day of JANUARY 2017.

JEFF L. THIGPEN, REGISTER OF DEEDS

By: _____

WILEY L COUSIN, ASSISTANT/DEPUTY REGISTER OF DEEDS

THIS CERTIFICATION SHEET IS A PART OF THE DOCUMENT.