ATTACHMENT B

FOR: LISA RABBE, RANDOLPH MICHAEL RABBE  STATE CERTIFIED  DATE 09/09/2016  0024553
TENDER PAYMENT BOND U.C.C. 3-603  BOND ASSIGNMENT
HJR 192 JUNE 5, 1933 (GOLD & SILVER)  U.C.C. 3-311,(a), (b)  GUARANTEED BOND PAYMENT
ALL RELATED ACCOUNTS

PAY TO THE ORDER OF  WELLS FARGO HOME MORTGAGE       AMOUNT TENDER  178,725.00

EXACTLY  ONE HUNDRED SEVENTY EIGHT THOUSAND SEVEN HUNDRED TWENTY FIVE. 00/100----

PARTIAL RELEASE BY SECURED PARTY OF RECORDS
FINANCING STATEMENT NUMBER NEW JERSEY 2065920
THE BOND IS PLEDGED TO SECURE PAYMENT OF AN OBLIGATION
PARTIAL RELEASE OF INDEMNITY BOND, FOR FULL PAYMENT OF DEBT

THIS TENDER PAYMENT BY ASSIGNMENT OF CLAIM SECURITY INSTRUMENT ONLY
NOTE: NOT A BANK CHECK, FOR BONDS RECEIVABLE AND HOLDING ACCOUNTS ONLY

ACCT # 0314400353

U.C.C 1-20,(4),(28),(37),(24),(26),(27),(36), U.C.C. 1-104, 10-104, 1-304, U.C.C. 3-604 "PRIVATE BETWEEN PARTIES(PARTIAL ASSIGNMENT OF SECURITY INTEREST)

U.C.C.3 RELEASE OF SECURITY INTEREST
FILED WITH THE SECRETARY OF STATE
OF NEW JERSEY DEPARTMENT OF TREASURY
255 WEST STATE STREET TRENTON NEW JERSEY
WITHOUT PREJUDICE U.C.C. 1-207, U.C.C. 1-308

SECURED PARTY/WITHOUT RECOURSE
AUTHORIZED SIGNATURE

IN HOUSE SECURITY NUMBER
CUSIP 20B6E59J20

051736158   031400353