
ATTACHMENT C

# Payment Confirmation

> Your transaction has been made on 09/16/16 at 12:21 PM Pacific Time.

**From**
**BUREAU OF THE PUBLIC DEBT BPD ...5353**

**To**
**5634-40 Anita Mort** ...3583 (Total amount due = $1,596.38)

**Frequency**
**Once**

**Send on**
**09/16/16**

**Amount**

| | |
|---|---|
| Additional principal | $95,000.00 |
| Total withdrawal amount | $95,000.00 |

**Confirmation code**
**0916253352***

Funds for this transfer must be available in your bank account.

For important information about this transaction, please read the notes below.

Make Another Transfer

When will this transaction take effect?

What happens if there isn't enough money in my account to cover this transaction?

How will this transaction be processed?

ATTACHMENT Q

# Payment Confirmation

Your transaction has been made on 09/16/16 at 12:28 PM Pacific Time.

From
**BUREAU OF THE PUBLIC DEBT BPD ...9946**

To
**5634-40 Anita Mort** ...3583 (Total amount due = $1,596.38)

Frequency
**Once**

Send on
**09/17/16**

Amount

| | |
|---|---|
| Additional principal | $79,000.00 |
| Total withdrawal amount | $79,000.00 |

Confirmation code
**0916254099\***

Funds for this transfer must be available in your bank account.

For important information about this transaction, please read the notes below.

Make Another Transfer

When will this transaction take effect?

Can I make changes to this transaction?

What happens if there isn't enough money in my account to cover this transaction?

How will this transaction be processed?

ATTACHMENT C

### 5634-40 Anita Mort
...3583

**PD IN FULL**
Outstanding principal balance

View Statements | Manage Alerts

**Balance Details**

| | |
|---|---|
| Last payment received on 09/09/16 | $1,596.38 |
| Outstanding principal balance | PD IN FULL |
| Interest rate | 3.25% |
| Escrow balance (taxes & insurance) <u>Escrow details</u> | $7,407.70 |

**Automate payments**

Save time with Business Bill Pay

Call Us

Email Us

Contact A Mortgage Consultant

Payment Assistance

Free Prequalification

Refinancing

Activity | Taxes and Interest Paid

All Transactions

| Date | Description | Amount | Principal Balance |
|---|---|---|---|
| 09/19/16 | PAID IN FULL | $0.00 | $0.00 |
| 09/19/16 | PAYMENT | $0.00 | $76,107.92 |
| 09/17/16 | PAYMENT | $79,000.00 | $76,107.92 |
| 09/16/16 | PRINCIPAL PMT | $95,000.00 | $76,107.92 |



Return Mail Operations
PO Box 10368
Des Moines, IA 50306-0368

ATTACHMENT C

September 19, 2016

003668 /Y/708


LISA A RABBE
RANDOLPH MICHAEL RABBE
3420 NW 62ND TER
KANSAS CITY MO 64151-2993



## CONFIRMATION OF LOAN PAYOFF

RE: Client         708
Loan Number        0314003583

Mortgagor(s)       Lisa A Rabbe
                   Randolph Michael Rabbe          FHA Sec/Case Number    730 /291-445139
Property Address   5634- 40 N Anita Ave
                   Kansas City MO 64151

Congratulations! We're pleased to let you know that we have processed the funds required to pay off your loan in full. We've included important information about your loan payoff process below. Please be sure to review this information and contact us with any questions you may have.

If you're changing your address, please call us immediately at (866) 234-8271. It's very important that we have your correct mailing address in order to send documents, year-end tax information and any refunds which may be due.

If you are retaining ownership of this property, you are obligated to pay future tax and/or insurance premiums unless a new escrow account is established. Listed on the second page are the name, address and phone number of each taxing authority and insurance company you will need to contact for billing information.

We will notify the U.S. Department of Housing and Urban Development (HUD) that your loan is paid off. If you are entitled to a refund from HUD for your mortgage insurance, you may automatically receive a refund. If HUD requires additional information to process your refund, they will send a form to complete in 90-120 days. For more information, contact HUD at 1-800-697-6967 or **www.hud.gov/offices/hsg/comp/refunds/fhafact.cfm.**

We will mail loan satisfaction documents to you or your county recorder, according to state guidelines. Note: We cannot complete the payoff of this loan until all funds have cleared (are accepted).

After your loan has been paid in full, we'll release our lien(s) within the legally required timeframe. Additionally, in January 2017 we will mail you an annual tax and interest statement for IRS reporting purposes.

If you have any questions or need further assistance, please call us at (866) 234-8271, Monday through Friday, 6:00 am to 10:00 pm or Saturday 8:00 am - 2:00 pm Central Time.

Thank you for the opportunity to help with your mortgage needs. Whenever you're ready to purchase or refinance a home, we're here to help you every step of the way. If you are interested in learning about out other products and services, go to **www.wellsfargo.com.**

Wells Fargo Home Mortgage

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.

C935901  04WFG007792

| | | |
|---|---|---|
| PLATTE COUNTY (W)<br>PLATTE CITY    MO | TAX COLLECTOR<br>64079 | 415 THIRD ST #212<br>816-858-3360 |
| FARMERS INSURANCE<br>CAROL STREAM    IL | C/O CITIBANK LOCKBOX OPS<br>60132 | PO BOX 913 |



**Wells Fargo Home Mortgage**
PO Box 14547
Des Moines, IA 50306-4547

**Final escrow account disclosure statement**

| | |
|---|---|
| Loan number: | 0314003583 |
| Statement date: | October 02, 2016 |
| Account review period: | Jun 2016 - Oct 2016 |
| Customer service: | 1-800-340-0473 |
| Customer service hours: | Mon - Fri 6 a.m. - 10 p.m. |
| | Sat 8 a.m. - 2 p.m. CT |

We accept telecommunications relay service calls.

0002490   SP   **SNGLP 1 0 1744 64151-299320 -C01-I   NONE

LISA A RABBE
RANDOLPH MICHAEL RABBE
3420 NW 62ND TER
KANSAS CITY MO 64151-2993

Property address:
5634- 40 N ANITA AVE
KANSAS CITY MO 64151

Subject: Final escrow account statement

Dear LISA A RABBE and RANDOLPH MICHAEL RABBE:

Since your Wells Fargo mortgage is paid in full, we're writing to provide you with your final escrow account statement.

**Review your escrow account history**
Please take a moment to look over your Escrow Account History on the reverse side of this letter. It shows the actual and projected activity for your escrow account. The projected amounts reflect escrow activity that was scheduled to occur if your mortgage had not been paid in full. For your information, prior to this transaction your monthly mortgage payment was $1,596.38, of which $752.17 was for your escrow account.

**Take these important next steps**
Now that your mortgage is paid in full and your escrow account has been closed, it's important that you do the following:
- **About your homeowners/flood insurance:** Contact your insurance agent/company to have all future bills sent directly to you. For your convenience, the insurance agent/company associated with this mortgage is FARMERS.
- **About your taxes:** Contact your taxing authority. Although we've requested the taxing authority send the tax bill directly to you, it's a good idea for you to also contact your taxing authority. This will ensure that you receive the bill on time so you will not miss a due date or be charged any penalties. For your convenience, the taxing authority associated with this mortgage is PLATTE COUNTY.
- **If you are no longer the owner of the property listed above,** contact your insurance agent/company and/or taxing authority to notify them of this change in ownership and request any applicable refunds be sent to you.

**We're here to help you**
We're happy to have you as our customer and the opportunity to help with your home financing. Whenever you're ready to purchase or refinance a home, we're here to help you every step of the way. If you have any questions, please contact us at the number in the information box above.

Sincerely,

Customer Service
Wells Fargo Home Mortgage

*** This section intentionally left blank ***