Wells Fargo Home Mortgage
Return Mail Operations
PO Box 10368
Des Moines, IA 50306-0368

ATTACHMENT D


WELLS FARGO HOME MORTGAGE

September 27, 2016

DCML1SDTF6  003731

LISA A RABBE
RANDOLPH MICHAEL RABBE
3420 NW 62ND TER
KANSAS CITY, MO 64151

| Account Information | |
|---|---|
| Online: | wellsfargo.com |
| Fax: | 1-866-278-1179 |
| Telephone: | 1-866-234-8271 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Fri, 6 a.m. - 10 p.m., |
| | Sat, 8 a.m. - 2 p.m., CT |
| Loan number: | 0314003583 |
| Property address: | 5634- 40 N Anita Ave |
| | Kansas City MO 64151 |

Subject: Payoff funds returned to us

Dear Lisa A Rabbe & Randolph Michael Rabbe:

We received your check for $95,000.00 and 79,000.00 (check number electronic funds transfer) to pay off your mortgage in full. However, your check was returned to us because transfer limit exceeded. We tried to contact you to discuss this matter, but were unable to reach you.

**Action required to pay off your mortgage**
To pay off your mortgage in full, we must receive replacement funds by wire transfer no later than 10/03/16. Please wire $174,000.00 to the account below by 10/03/16 and include the following information:

    Beneficiary Bank ABA: 121000248
    Beneficiary Bank Account: 4127400093
    Special Information for Beneficiary
    Apply funds to: 708 0314003583
    Sender's Name and Phone Number
    Attn: Sara Williams

**If we don't hear from you**
We will continue our attempts to contact you until 10/03/16. If we do not hear from you or receive replacement funds by 10/03/16, we will reinstate your mortgage. This means we will hold the lien on the property, and you will again be responsible for making your mortgage payments.

Please note, as long as your mortgage account is open, we will continue to make escrow account disbursements as bills become due.

**We're here to help**
If you have any questions or need further assistance, please contact us at the number listed in the account information box.

Cash Management
Wells Fargo Home Mortgage

CA020 708 0035