ATTACHMENT E

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Joann Miller_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, Ia 50306 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>[postmark: OCT 10 2016] |
| 9590 9402 1218 5246 1974 48 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7014 1200 0000 0585 4483 | Mail Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

## CERTIFICATION OF MAILING

I, _Joshua Baker_, being over the age of twenty-one years and competent do affirm and say that I have mailed the Notice of Removal, Notice of Right to Cancel and the Notice of Revocation of Power of Attorney of RANDOLPH MICHAEL RABBE AND LISA ANN RABBE to whom it may concern on the date of _6th of October_, 2016, at the following address:

WELLS FARGO HOME MORTGAGE
PO Box 10335
DES MOINES, IA 50306

by Certified Mail # _7014 1200 0000 0585 4483_, return receipt requested, postage pre-paid, using normal business procedures.

Name: _Joshua Baker_

Address _6390 N Cosby Ave, KC MO 64151_

## CERTIFICATE OF SERVICE
(Proof of Mailing)

The undersigned, does hereby certify that it mailed a true and correct copy of the attached ACCEPTANCE OF OFFER AND SETTLEMENT by placing an original of same in a sealed envelope having sufficient postage prepaid thereon to ensure delivery by First Class Certified Mail, Receipt Number _7014 1200 0000 0585 4483_ return receipt requested, and placed it in the United States Mail system to be sent to the Party and Address indicated on the attached mailing list.

Dated this _6_ day of _October_, 2016 A.D.

Signed _Joshua S B____

> JOSHUA L BAKER
> Notary Public-Notary Seal
> State of Missouri, Clay County
> Commission # 11363091
> My Commission Expires Dec 15, 2019

| From: | Randolph Rabbe | Date: September 29, 2016 |
|---|---|---|
| | Lisa Rabbe | |
| | 3420 NW 62nd Terrace | |
| | Kansas City, Missouri state [64151] | |
| | | |
| To: | WELLS FARGO BANK, N.A. | |
| | PO Box 10335 | |
| | Des Moines, IA 50306 | |
| | | |
| Re: | Original Loan # 0314003583 | |
| | Commonly Known Address: 5634-40 N Anita Ave, Kansas City, Missouri [64151] | |
| | Deed of Trust Record: #2011003401 Record Date 03/21/2011 | |

## Notice of Right to Cancel
*Notice to Agent is Notice to Principal*
*Notice to Principal is Notice to Agent*

**Parties:** Randolph Rabbe and Lisa Rabbe (Alleged Borrower(s) hereinafter **Borrower(s)**- and, WELLS FARGO BANK, N.A. & WELLS FARGO HOME MORTGAGE (Alleged Lender(s) – hereinafter **Lender**)

Attention: WELLS FARGO BANK, N.A. & WELLS FARGO HOME MORTGAGE

This communication will serve as our **Notice of Right to Cancel** dated September 29, 2016. TILA (Truth in Lending Act, 15 USC §1601 et seq; 12 CFR Part 226) allows three (3) days to review Disclosure Documents. The referenced 'Three Day Right to Cancel' must have a trigger to begin. That trigger, is when the Lender has provided the Borrower with ALL of the required Disclosures under TILA, and that the same are true, complete, accurate, and timely provided.

Being as the entire purported loan/mortgage process and Deed of Trust referenced herein and throughout, was obtained by wrongful acts of fraud, fraudulent inducement, concealment, and fraudulent misrepresentation, the borrower has other recourse, right, and cause of action under numerous state and federal statutes. Acts of fraud taint/void everything it touches as the US Supreme Court has declared: "***There is no question of the general doctrine that fraud vitiates the most solemn contracts, documents, and even judgments***." (United States v. Throckmorton, 98 U.S. 61)

To this date, Lender has never provided Borrower with true, complete, accurate or timely documents as required. ONLY AFTER such provision has been done, can the '3 DAY RIGHT TO CANCEL' period begin. If the required full Disclosure(s) have not been provided, then the period in which to Cancel is extended for up to three (3) years, OR until Lender moves to foreclose.
The records thus far evidence, that **Borrower** has requested to cancel within the stipulated three year time period, while still waiting to receive all Truth-in-Lending disclosures as required by Federal Law, the same of which have never been received.

A close perusal/audit of Borrower's mortgage documents has revealed certain Disclosure Violations; and, that the Borrower has the remedial right and remedy (UCC 1-201 (32) (34)), inter alia, to invoke their Right of Rescission (ROR) as further evidenced by the original NOTICE OF RIGHT TO CANCEL. You will also please find Borrower's signed and dated NOTICE to the Lender(s), Successor(s) and Beneficiary as stated on the NOTICE OF RIGHT TO CANCEL, if provided in the loan package. If such Notice was not provided, **this written Notice of communication is provided in lieu thereof**.

After sufficient NOTICE has been given to Lender, the Lender is required by Federal Law to CANCEL any lien(s) and to CANCEL any security interest on the Borrower's home within twenty (20) days. The Lender must also return any money, interest, fee, and/or property to Borrower, as well as any money/funds given to any persons or other fiction in law/entity in connection with said transaction.

Notice of Right to Cancel                                                                                                          Page 1 of 2
Case 5:17-cv-06021-SRB   Document 18-6   Filed 06/19/17   Page 3 of 9

In accordance with both State and Federal law or until the Lender complies, Borrower may retain the proceeds of the transaction. If it should be 'impractical' or 'unfair' for the Borrower to return the property when gross discrepancies, fraud, or other wrongful acts are discovered - then he/she/they may offer its 'Reasonable Value'.

In the event the Lender should fail or refuse to take possession of the property or return the borrower's money offer within twenty (20) days, **Borrower** may then regain/acquire all rights to clear title and re-conveyance under Federal Law and provisions of TILA.

**Additionally,** Borrower has the right to offer Lender a Reasonable Value. **However**, the penalty that a bank can face for violations of TILA and other State and Federal law can be as much as triple damages . . . i.e., triple the amount of the interest the bank stood to fraudulently make off of the mortgage/loan transaction. Therefore, the borrowers hereby in good faith make the following offer: Borrowers will forgive WELLS FARGO BANK, N.A. & WELLS FARGO HOME MORTGAGE. any liability incurred by its wrongful actions, provided WELLS FARGO BANK, N.A. & WELLS FARGO HOME MORTGAGE rightfully forgive Borrowers the full amount of mortgage/credit you fraudulently allege to have given. In addition, Borrowers make the one-time demand of $250,000.00 for any loss, damage, and injury they have sustained; and, that WELLS FARGO BANK, N.A. & WELLS FARGO HOME MORTGAGE also remove all/any negative comments on Borrower's credit report attributed to this transaction.

Any default, failures, or non-compliance on the Lender's part to perform as herein directed within twenty (10) days of receipt shall constitute this Notice of Right to Cancel as valid and fully agreed/accepted pursuant to the terms and conditions as set forth herein and throughout.

Sincerely,

Without Prejudice, UCC 1-308

*[signature]*

Without Recourse, Lisa Rabbe, Authorized Agent

5634-40 N Anita Ave LLC

*[signature: Kathleen Myers]*

KATHLEEN MYERS
Notary Public-Notary Seal
State of Missouri, Platte County
Commission # 14469843
My Commission Expires Oct 24, 2018

From: Randolph Rabbe  
      Lisa Rabbe  
      3420 NW 62nd Terrace  
      Kansas City, Missouri state [64151]

Date: September 29, 2016

To:   WELLS FARGO BANK, N.A.  
      PO BOX 10335  
      DES MOINES, IA 50335

      "MERS"  
      PO BOX 2026  
      FLINT, MI 48501-2026

Re:   Original Loan # 0314003583  
      Commonly Known Address: 5634-40 N Anita Ave, Kansas City, Missouri [64151]  
      Deed of Trust Record: #2011003401- Record Date 03/21/2011

## NOTICE OF REMOVAL

**To: All parties addressed above**

**TRUSTOR(S)/GRANTOR(S):** Randolph Rabbe and Lisa Rabbe do hereby give reference to the Deed of Trust drawn and executed by Randolph Rabbe and Lisa Rabbe, as Trustor(s)/Grantor(s)/Creator(s) with further reference given to the following described real property situated in the County of Platte, State of Missouri, to wit:

    ALL of Tract 3, as shown on Certificate of Survey recorded June 8, 2001 as Document No. 9831, Book C, Page 77, being all that part of Northwood Hills, Third Plat, a subdivision in Kansas City Platte County, Missouri, described as Follows: Commencing at the intersection of the North line of Northwood Hills, fifth Plat and the West right of way line of Northwood Road; thence N 89°29'30" W along the North line of said Northwood Hills 5th Plat a distance of 631.00 feet; thence S 52°19'03" W, a distance of 121.30 feet; thence S 00°46'09" W, a distance of 208.74 feet; thence S 89°29'43" E, a distance of 53.15 feet to the corner of a concrete foundation, said point also being the point of beginning of this tract; thence around the exterior of a concrete foundation as follows: thence S 89°29'56" E, a distance of 38.50 feet; thence N 00°30'14" E a distance of 78.00 feet to the point of beginning of this tract, All of the Appurtenant easements associated with Tract 3 in and to the common area of Northwood Hills, Third Plat and Northwood Hills, Fifth Plat, a subdivision in Kansas City, Platte County, Missouri, established by the Certificate of Survey recorded June 8, 2001 as Document No. 9831, Book C, Page 77, and by the Northwood Hills Town Homes Declaration of Covenants, Conditions and restrictions recorded June 8, 2001 as Document No. 9831 in book 947 at page 558.

The street address or other common designation, if any, of the real property described above is purported to be: 5634-40 N Anita Ave, Kansas City, Missouri [64151]

**GRANTOR(S)/TRUSTOR(S):** Randolph Rabbe and Lisa Rabbe by actual and constructive notice do hereby declare:

1. **Effective immediately,** the undersigned Randolph Rabbe and Lisa Rabbe forever removes/releases/discharges all: "Trustee(s), Successor Trustee(s), Substituted Trustee, Agent(s), Servicer(s), Assign(s), Transfer(s), known and unknown", including, WELLS FARGO BANK, N.A. & WELLS FARGO HOME MORTGAGE of P.O. BOX 10335 DES MOINES, IOWA 50306 and, MORTAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") PO BOX 2026, FLINT,

MICHIGAN 48501-2026 existing under the laws of Delaware; and, Thereby removing and terminating the same from any/all duties and forever barring/estopping the aforesaid from any further appointments or assignments originally granted or contained within the Deeds of Trusts concerned herein.

2. **Effective immediately,** the undersigned Randolph Rabbe and Lisa Rabbe forever Revokes/Cancels/Voids/Rescinds any/all duties, appointments, or assignments originally granted by Revocation of Power of Attorney, Authority, or otherwise granted/granting, and/or signs/signatures, assigned/assigning to any party(ies) including the alleged lender and successors, known and unknown including but not limited to: WELLS FARGO BANK, N.A. & WELLS FARGO HOME MORTGAGE and MERS, addresses named above; Thereby removing and terminating the same from any/all duties and forever barring/estopping the aforesaid of any further appointments of any/all 'TRUSTEE(S)", "SUCCESSOR TRUSTEE(S)", "SUBSTITUTES", or "BENEFICIARY(S)".

## LET IT BE KNOWN

All above named "Trustee, Successor Trustee(s), Beneficiary(s)", or Assigns, Substitutes, known or unknown in clauses 1 and 2 above, are hereby directed to immediately **CEASE** and **DESIST** any further actions through said appointments/assignments granted in or from Record Number: 2011003401- Record Date 03/21/2011. **ANY** such continued or further action by ANY of the above named parties may result in legal actions against them.

**Be it further known,** GRANTOR(S)/TRUSTOR(S): RANDOLPH RABBE and LISA RABBE do hereby QUITCLAIM all aforementioned duty(s) and benefit(s) of "Trustee" and "Beneficiary" regarding original Deed of Trust No. 2011003401, to: Randolph Rabbe and Lisa Rabbe (Trustees) of the "Rabbe Religious Family Heirs Trust".

## ACTUAL AND CONSTRUCTIVE NOTICE

All trustee(s), Successor Trustee(s), and Beneficiary(s) named in Deed of Trust as Trustor(s) date March 20, 2011, and recorded March 21, 2011 under Deed of Trust **Instrument No.** 2011003401- Are, hereby removed/released/dismissed of all duties, expressed or implied, effective immediately. The aforesaid trustee(s), Successor Trustee(s), and Beneficiary(s) are expressly directed to **CEASE and DESIST** any further duties/actions of said appointment(s), or assignment(s) including debt collections and any foreclosure actions under any number. Any continued actions of any nature against the property described above may result in legal actions being taken.

Sincerely,

Without Prejudice, UCC 1-308

*Randolph Rabbe*
*without Recourse*

Randolph Rabbe, Authorized Agent
Without Recourse

Without Prejudice, UCC 1-308

*Lisa Rabbe*
*without recourse*

Lisa Rabbe, Authorized Agent
Without Recourse

JURAT (or witnesses)

State of __Missouri__
County of __Platte__

**Subscribed and sworn to** (or affirmed) before me on this 4th day of __Oct.__, 20__16__, by __Randolph Rabbe & Lisa Rabbe__ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature __Kathleen Myers__ (seal)

```
KATHLEEN MYERS
Notary Public-Notary Seal
State of Missouri, Platte County
Commission # 14469843
My Commission Expires Oct 24, 2018
```

**FROM:**
Mail all correspondence to:
Randolph Rabbe & Lisa Rabbe
3420 NW 62nd Terrace
Kansas City, Missouri state [64151]

Date: September 29, 2016

**TO:**
WELLS FARGO BANK, N.A.
PO BOX 10335
DES MONIES, IA 50306

"MERS"
P.O. BOX 2026
Flint, Michigan 48501-2026

**RE:**    Original Loan # 0314003583
Commonly Known Address: 5634-40 N Anita Ave, Kansas City, Missouri [64151]
Deed of Trust Record: #2011003401- Record Date 03/21/2011

# NOTICE OF
# REVOCATION OF POWER OF ATTORNEY

Randolph Rabbe and Lisa Rabbe DO HEREBY DECLARE:

**That**, due to the discovery of various elements of fraud, fraudulent inducement, fraudulent misrepresentation, entrapment, and nondisclosure resulting in the deprivation of our property by WELLS FARGO BANK, N.A. & WELLS FARGO HOME MORTGAGE and/or by any of its agents and/or assignees; and, after a recent review/audit and a close perusal of the purported Loan, Deed of Trust, and Security Agreement records - we, Randolph Rabbe and Lisa Rabbe do hereby refuse to knowingly accept, or otherwise participate in ANY part of fraud and other wrongful actions involving the purported Promissory Note/Security Instrument/Deed of Trust; and, further do hereby revoke, rescind, and terminate all our signatures relating to any/all said deeds, notes, and agreements from their inception.

**Furthermore**, we, Randolph Rabbe and Lisa Rabbe, do hereby revoke, terminate, and rescind all Powers of Attorney, in fact or otherwise, previously assigned by me, implied in law, by trust or otherwise, with or without my consent and/or knowledge, as such pertains to any property, real or personal, promissory note, deed of trust and mortgage signed on the date of March 17, 2011 or otherwise, under Deed of Trust Record #2011003401 and Recorded 03/21/2011, involving the property specifically addressed and identified as 5634-40 N Anita Ave, Kansas City, Missouri 51[64151].

Notice of Revocation of Power of Attorney

Page 1 of 2

Case 5:17-cv-06021-SRB   Document 18-6   Filed 06/19/17   Page 8 of 9

Without Prejudice, UCC 1-308

By: ___Randolph Rabbe___
Without Recourse

Randolph Rabbe, Authorized Agent
Without Recourse

Without Prejudice, UCC 1-308

By: ___Lisa Rabbe___
Without Recourse

Lisa Rabbe, Authorized Agent
Without Recourse

**JURAT**

State of Missouri
County of __Platte__

**Subscribed and sworn to** (or affirmed) before me on this _4th_ day of ___Oct.___, 20_16_, by _Randolph Rabbe & Lisa Rabbe_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature ___Kathleen Myers___ (seal)

KATHLEEN MYERS
Notary Public-Notary Seal
State of Missouri, Platte County
Commission # 14469843
My Commission Expires Oct 24, 2018