# Bill of Peace

One living, sentient, free-will, natural man, known as Randolph Michael Rabbe, hereinafter "One," acting in unlimited-liability capacity with rights granted by life and upheld by all valid and just law, declares and attests true, correct, and complete, in accordance with One's deeply held spiritual convictions and creed, that One is not an enemy of:

1. Life, God, the laws of being, natural law, truth, love, good will, peace, eternal verities, sanity, and the highest universal principles of mankind.

2. All rights of the sovereign people living on the soil of the land commonly referenced as "Missouri" secured by life, just law, the Constitution of the united States, 1787, the Bill of Rights, 1791, the Constitution of the State of Missouri, 1849, and otherwise.

3. The universal rights of man and woman.

4. People of good will everywhere.

One claims all sovereignty, unalienable rights and power to exercise said rights, innate in One's life and as secured and guaranteed by the de jure Constitution of the United States, 1787, and First Ten Articles of Amendment 1791, Bill of Rights."

One extends to United States of America and WELLS FARGO HOME MORTGAGE, jointly and severally hereinafter referenced as Respondent," and every other living being alleging involvement with so-called "UNITED STATES OF AMERICA, WELLS FARGO HOME MORTGAGE AND THE ILLEGAL ASSUMPTION OF FORECLOSURE allegedly bearing involvement with some undefined and unproved beings/ entities/ persons/ corporations/ trusts/ limited/ partnerships/ associations/ unincorporated associations/ whatever referenced as "UNITED STATES OF AMERICA AND WELLS FARGO HOME MORTGAGE," a covenant and creed of peace and good will and mutual agreement to respect the life, rights, dignity, freedom, and property of One,

Respondent, and all people.

Respondent, and everyone desiring to contract with One as herein, possesses two (2) options re this Bill of Peace:

1. Notarize and sign below in red ink in unlimited-liability capacity, using Respondent's Christian name for signature, signifying contractual agreement to the sentiments and intent of One as expressed herein;

2. Fail to sign, notarize, and return this Bill of Peace and thereby declare under oath that Respondent is an enemy of One and the United States of America and the people, Constitution, and Government thereof.

Respondent must execute this Affidavit, i.e. Bill of Peace," as per the first of the two (2) designated options above and mail to the below-named notary public, Kathleen Myers at Community America Credit Union, 6390 N Cosby Ave, Kansas City, MO 64151 within ten (10) calendar days of Respondent's receipt of this Bill of Peace. Non-response by Respondent, as well as any response of any kind whatsoever other than receipt by notary public Kathleen Myers of this Bill of Peace with Respondent's original, notarized signature thereon in red ink, establishes on the record Respondent's confession and consent of judgment under oath that Respondent stipulates that:

1. Respondent is acting under alleged "authority" of some War Powers in accordance with the second of the two (2) above-designated options under alleged "authority" of some War Powers, such as the Trading With The Enemy Act of October 6, 1917 as amended on March 9, 1933, codified in 12 USC 95, which is the "law of necessity," i.e. "law of the jungle," i.e. "no law."

2. Any action of any kind by anyone against One re this instant matter hereafter constitutes a deliberate act of war against One, the United States of America and the government and people thereof, and treason against the

Constitution of the United States, 1787.

3. Respondent is operating on alleged authority of a letter of marque and reprisal issued by an undisclosed party.

4. Any papers, notices, subpoenas, writ of possession, foreclosures and the like which One might receive hereafter are of no legal force and effect due to being hostile acts of aggression, and One can legally and lawfully disregard all of said paperwork without legal force and effect due to being hostile acts of aggression, and One can legally and lawfully disregard all of said paperwork without legal possibility for reprisal under the principle conveyed in and by the Fifth Amendment to the Constitution of the United States, 1787, Bill of Rights, 1791, and such established maxims of law as:

· No one is bound to arm his adversary against himself, Wing, Max, 665.

· No man is bound to produce writings against himself, Bell, Dict.

· No one is bound to accuse himself. Wing. Max. 486:14 M. & W. 286:107
Mass. 181.

5. No valid, enforceable, and bona fide contract between One and Respondent is possible due to the duress, fraud, menace, and undue influence inherent in Respondent's aggression, non-disclosure, and acts of war against One and One's Country.

6. All commercial intercourse between enemies is both prohibited and cannot be made obligatory between One and Respondent.

7. One is authorized to lodge One's complaint with the military of the United States and the World Court for war crimes against indigenous people and humanity.

One herein declares and asserts on One's unlimited liability that One issues this Bill of Peace with sincere intent, that One is competent to state the matters set forth herein, that the contents are true, correct, and complete, not misleading, and the truth, the whole truth, and nothing but the truth to the best of One's knowledge, understanding, and deeply held spiritual convictions and creed.

*Randolph Michael Rabbe* (signature)

Randolph Michael Rabbe

Date: *April 22* , A.D. 2017

**Jurat**

Missouri state )
County of *Platte* ) ss.
)

Subscribed and sworn to at *Kansas City* before me this *22* day of *April*, A.D. 2017.

Notary public *Kathleen Myers*

My Commission Expires *10-24-2018*

WITNESS my hand and official seal.

*Kathleen Myers* (signature)

Signature of Notary Public

> KATHLEEN MYERS
> Notary Public-Notary Seal
> State of Missouri, Platte County
> Commission # 14469843
> My Commission Expires Oct 24, 2018

# Bill of Peace

One living, sentient, free-will, natural woman, known as Lisa Ann Rabbe, hereinafter "One," acting in unlimited-liability capacity with rights granted by life and upheld by all valid and just law, declares and attests true, correct, and complete, in accordance with One's deeply held spiritual convictions and creed, that One is not an enemy of:

1. Life, God, the laws of being, natural law, truth, love, good will, peace, eternal verities, sanity, and the highest universal principles of mankind.

2. All rights of the sovereign people living on the soil of the land commonly referenced as "Missouri" secured by life, just law, the Constitution of the united States, 1787, the Bill of Rights, 1791, the Constitution of the State of Missouri, 1849, and otherwise.

3. The universal rights of man and woman.

4. People of good will everywhere.

One claims all sovereignty, unalienable rights and power to exercise said rights, innate in One's life and as secured and guaranteed by the de jure Constitution of the United States, 1787, and First Ten Articles of Amendment 1791, Bill of Rights."

One extends to United States of America and WELLS FARGO HOME MORTGAGE, jointly and severally hereinafter referenced as Respondent," and every other living being alleging involvement with so-called "UNITED STATES OF AMERICA, WELLS FARGO HOME MORTGAGE AND THE ILLEGAL ASSUMPTION OF FORECLOSURE allegedly bearing involvement with some undefined and unproved beings/ entities/ persons/ corporations/ trusts/ limited/ partnerships/ associations/ unincorporated associations/ whatever referenced as "UNITED STATES OF AMERICA AND WELLS FARGO HOME MORTGAGE," a covenant and creed of peace and good will and mutual agreement to respect the life, rights, dignity, freedom, and property of One, Respondent, and all

people.

Respondent, and everyone desiring to contract with One as herein, possesses two (2) options re this Bill of Peace:

1. Notarize and sign below in red ink in unlimited-liability capacity, using Respondent's Christian name for signature, signifying contractual agreement to the sentiments and intent of One as expressed herein;

2. Fail to sign, notarize, and return this Bill of Peace and thereby declare under oath that Respondent is an enemy of One and the United States of America and the people, Constitution, and Government thereof.

Respondent must execute this Affidavit, i.e. Bill of Peace," as per the first of the two (2) designated options above and mail to the below-named notary public, Kathleen Myers at Community America Credit Union, at 6390 N Cosby Ave, Kansas City, MO 64151 within ten (10) calendar days of Respondent's receipt of this Bill of Peace. Non-response by Respondent, as well as any response of any kind whatsoever other than receipt by notary public Kathleen Myers of this Bill of Peace with Respondent's original, notarized signature thereon in red ink, establishes on the record Respondent's confession and consent of judgment under oath that Respondent stipulates that:

1. Respondent is acting under alleged "authority" of some War Powers in accordance with the second of the two (2) above-designated options under alleged "authority" of some War Powers, such as the Trading With The Enemy Act of October 6, 1917 as amended on March 9, 1933, codified in 12 USC 95, which is the "law of necessity," i.e. "law of the jungle," i.e. "no law."

2. Any action of any kind by anyone against One re this instant matter hereafter constitutes a deliberate act of war against One, the United States of America and the government and people thereof, and treason against the Constitution of the United States, 1787.

3. Respondent is operating on alleged authority of a letter of marque and reprisal issued by an undisclosed party.

4. Any papers, notices, subpoenas, writ of possession, foreclosures and the like which One might receive hereafter are of no legal force and effect due to being hostile acts of aggression, and One can legally and lawfully disregard all of said paperwork without legal force and effect due to being hostile acts of aggression, and One can legally and lawfully disregard all of said paperwork without legal possibility for reprisal under the principle conveyed in and by the Fifth Amendment to the Constitution of the United States, 1787, Bill of Rights, 1791, and such established maxims of law as:

   · No one is bound to arm his adversary against himself, Wing, Max, 665.

   · No man is bound to produce writings against himself, Bell, Dict.

   · No one is bound to accuse himself. Wing. Max. 486:14 M. & W. 286:107
   Mass. 181.

5. No valid, enforceable, and bona fide contract between One and Respondent is possible due to the duress, fraud, menace, and undue influence inherent in Respondent's aggression, non-disclosure, and acts of war against One and One's Country.

6. All commercial intercourse between enemies is both prohibited and cannot be made obligatory between One and Respondent.

7. One is authorized to lodge One's complaint with the military of the United States and the World Court for war crimes against indigenous people and humanity.

*One herein declares and asserts on One's unlimited liability that One issues this Bill of Peace with sincere intent, that One is competent to state the matters set forth herein, that the contents are true, correct, and complete, not misleading, and the truth, the whole truth, and nothing but the truth to the best of One's knowledge, understanding, and deeply held spiritual convictions and creed.*

_Lisa Ann Rabbe_ (signature)
Lisa Ann Rabbe

Date: April 22, A.D. 2017

**Jurat**

Missouri state )
) ss.
County of Platte )

Subscribed and sworn to at Kansas City before me this 22 day of April, A.D. 2017.

Notary public _Kathleen Myers_

My Commission Expires 10-24-2018

WITNESS my hand and official seal.

_Kathleen Myers_
Signature of Notary Public

```
KATHLEEN MYERS
Notary Public-Notary Seal
State of Missouri, Platte County
Commission # 14469843
My Commission Expires Oct 24, 2018
```