UNITED STATES DISTRICT COURT
For the WESTERN DISTRICT OF MISSOURI
ST JOSEPH DIVISION
KANSAS CITY, MO 64106



Randolph-Michael, Rabbe & Lisa-Ann, Rabbe
3420 NW 62nd Terrace
City of Kansas City
State of Missouri, 64151

        Petitioner(s)

Vs

WELLS FARGO HOME MORTGAGE &
WELLS FARGO N.A. & LATHROP & GAGE
2345 GRAND BOULEVARD, SUITE 2200
KANSAS CITY, MO 64108-2618

        Defendant(s)

**Case No. 5:17-cv-06021-SRB**
Constitutional Article III Court
Designated Judge

Entry of Appearance

I Randolph-Michael, Rabbe and Lisa-Ann, Rabbe (HEREIN AFTER KNOWN AS PETITIONER(S) hereby Entered my Appearance on this date **7th OF JULY 2017** in this action to be a legal counsel adviser to act on behalf of the named party **a man and woman with a (soul(s) named Randolph-Michael Rabbe & Lisa Ann Rabbe.**

*[signature]*
Randolph-Michael, Rabbe

*[signature]*
Lisa-Ann, Rabbe

## Proof of Service

Now comes Randolph-Michael, Rabbe & Lisa-Ann, Rabbe with this entry of appearance to be filed before the clerk of court on this __7__ day of __July__, 201_7_.

Randolph-Michael, Rabbe & Lisa-Ann, Rabbe
3420 NW 62nd Terrace
Kansas City, MO 64151

Cc:

LATHROP & GAGE LLP
2345 GRAND BOULEVARD, SUITE 2200
KANSAS CITY, MO 64108-2618